# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823         **Short Title:** MEXICO V. S&W, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Glock, Inc.</u> as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

<u>s/ Jeffrey Malsch</u>
Signature

<u>12/19/2022</u>
Date

<u>Jeffrey Malsch</u>
Name

<u>Renzulli Law Firm</u>
Firm Name (if applicable)

<u>914-285-0700</u>
Telephone Number

<u>One North Broadway, Suite 1005</u>
Address

<u>914-285-1213</u>
Fax Number

<u>White Plains, NY 10601</u>
City, State, Zip Code

<u>jmalsch@renzullilaw.com</u>
Email (required)

Court of Appeals Bar Number: <u>1161258</u>

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).