# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** MEXICO V. S&W, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Glock, Inc. _____ as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

s/ Christopher Renzulli              12/20/2022
Signature                            Date

Christopher Renzulli
Name

Renzulli Law Firm, LLP               914-285-0700
Firm Name (if applicable)            Telephone Number

One North Broadway, Suite 1005       914-285-1213
Address                              Fax Number

White Plains, NY 10601               crenzulli@renzullilaw.com
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: 60739

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).