# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** MEXICO V. S&W, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Colt's Manufacturing Company LLC                                                  as the

[ ] appellant(s)        [✔] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)         [ ] intervenor(s)

/s/ John G. O'Neill                         12/21/2022
Signature                                   Date

John G. O'Neill
Name

Sugarman, Rogers, Barshak & Cohen, P.C.     (617) 227-3030
Firm Name (if applicable)                   Telephone Number

101 Merrimac Street, 9th Floor              (617) 523-4001
Address                                     Fax Number

Boston, MA  02114                           oneill@sugarmanrogers.com
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 80848

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes   Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).