# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823     **Short Title:** MEXICO V. S&W, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Colt's Manufacturing Company LLC                                                                  as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Christine M. Netski
Signature

12/21/2022
Date

Christine M. Netski
Name

Sugarman, Rogers, Barshak & Cohen, P.C.
Firm Name (if applicable)

(617) 227-3030
Telephone Number

101 Merrimac Street, 9th Floor
Address

(617) 523-4001
Fax Number

Boston, MA  02114
City, State, Zip Code

netski@sugarmanrogers.com
Email (required)

Court of Appeals Bar Number: 49611

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes     Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).