# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823       **Short Title:** Mexico v. S&W et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Sturm, Ruger & Company, Inc.</u> as the

[ ] appellant(s)       [✓] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Andrew A. Lothson</u>        <u>12/21/2022</u>
Signature                          Date

<u>Andrew A. Lothson</u>
Name

<u>Swanson, Martin & Bell LLP</u>     <u>312-923-8274</u>
Firm Name (if applicable)            Telephone Number

<u>330 N. Wabash Suite 330</u>        <u>312-321-0990</u>
Address                              Fax Number

<u>Chicago, IL 60611</u>              <u>alothson@smbtrials.com</u>
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: <u>1150685</u>

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).