# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823     **Short Title:** Estados Unidos Mexicanos v. Smith & Wesson Brands Inc., et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Smith & Wesson Brands Inc. _____ as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Noel J. Francisco
Signature

12/21/2022
Date

Noel J. Francisco
Name

Jones Day
Firm Name (if applicable)

(202) 879-5485
Telephone Number

51 Louisiana Avenue, N.W.
Address

(202) 626-1700
Fax Number

Washington, D.C. 20001
City, State, Zip Code

njfrancisco@jonesday.com
Email (required)

Court of Appeals Bar Number: 113188

Has this case or any related case previously been on appeal?

[✓] No    [ ] Yes    Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).