# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823     **Short Title:** Estados Unidos Mexicanos v. Smith & Wesson Brands Inc., et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Smith & Wesson Brands Inc. _____ as the

[ ] appellant(s)       [✓] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ Andrew E. Lelling
Signature

12/21/2022
Date

Andrew E. Lelling
Name

Jones Day
Firm Name (if applicable)

(617) 449-6856
Telephone Number

100 High Street, 21st Floor
Address

(617) 449-6999
Fax Number

Boston, MA  02110
City, State, Zip Code

alelling@jonesday.com
Email (required)

Court of Appeals Bar Number: 109074

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No. _____

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).