# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** Mexico v. Smith & Wesson, et

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Century International Arms, Inc. _____ as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)       [ ] intervenor(s)

Anthony M. Pisciotti        12/21/2022
Signature                   Date

Anthony Pisciotti
Name

Pisciotti Lallis Erdreich        973-245-8100
Firm Name (if applicable)        Telephone Number

30 Columbia Turnpike        973-245-8101
Address                      Fax Number

Florham Park, NJ 07932       apisciotti@pisciotti.com
City, State, Zip Code        Email (required)

Court of Appeals Bar Number: 1161259

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).