# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** MEXICO v. S&W, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Beretta U.S.A. Corp. _____ as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Wendy K. Venoit                    12/21/2022
Signature                              Date

Wendy K. Venoit
Name

Cozen O'Connor                         (617) 849-5002
Firm Name (if applicable)              Telephone Number

101 Arch Street, 8th Floor             (857) 488-4871
Address                                Fax Number

Boston, MA 02110                       wvenoit@cozen.com
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: 1200394

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022 I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Nora R. Adukonis
Litchfield Cavo LLP
6 Kimball Ln
Ste 200
Lynnfield, MA 01940-0000
Email: adukonis@litchfieldcavo.com

Richard M. Brunell
Hilliard & Shadowen LLP
1135 W 6th St
Ste 125
Austin, TX 78703
Email: rbrunell@shadowenpllc.com

James Michael Campbell
Campbell Conroy & ONeil PC
20 City Sq
Ste 300
Boston, MA 02129-0000
Email: jmcampbell@campbell-trial-lawyers.com

Edward Vincent Colbert III
Casner & Edwards LLP
303 Congress St
Boston, MA 02210-0000
Email: colbert@casneredwards.com

Elizabeth N. Dewar
MA Attorney General's Office
20th Flr
1 Ashburton Pl
Boston, MA 02108-0000
Email: bessie.dewar@mass.gov

Anthony J. Dick
Jones Day
Ste 431
51 Louisiana Ave NW
Washington, DC 20001-2113
Email: ajdick@jonesday.com

David Duncan
Zalkind Duncan & Bernstein LLP
65A Atlantic Ave
Boston, MA 02110-0000
Email: dduncan@zalkindlaw.com

Peter M. Durney
Cornell & Gollub
88 Broad St
6th Flr
Boston, MA 02110-0000
Email: pdurney@cornellgollub.com

Noel J. Francisco
Jones Day
51 Louisiana Ave NW
Washington, DC 20001-2113
Email: njfrancisco@jonesday.com

Roberto Gonzalez
Gonzales Law Offices, Inc.
450 Warren Ave.
East Providence, RI 02914-0000
Email: rgonzalez@robertogonzalezlaw.com

Jonathan Isaac Handler
Day Pitney LLP
Ste 2900
1 Federal St
29th Flr
Boston, MA 02110-0000
Email: jihandler@daypitney.com

L. Scott Harshbarger
Casner & Edwards LLP
303 Congress St
Boston, MA 02210-0000
Email: harshbarger@casneredwards.com

Andrew E. Lelling
Jones Day
100 High St
21st Fl
Boston, MA 02110-1781
Email: alelling@jonesday.com

Jonathan E. Lowy
Global Action on Gun Violence
1025 Connecticut Ave NW
#1210
Washington, DC 20036
Email: jlowy@actiononguns.org

Jeffrey Martin Malsch
Renzulli Law Firm
1 N Broadway
Ste 1005
White Plains, NY 10601
Email: jmalsch@renzullilaw.com

Christine M. Netski
Sugarman Rogers Barshak & Cohen PC
9th Fl
101 Merrimac St
Ste 900

Boston, MA 02114-0000
Email: netski@sugarmanrogers.com

John G. O'Neill
Sugarman Rogers Barshak & Cohen PC
101 Merrimac St
Ste 900
Boston, MA 02114-0000
Email: oneill@sugarmanrogers.com

Anthony Michael Pisciotti
Pisciotti Lallis Erdreich
30 Columbia Turnpike
Ste 205
Florham Park, NJ 07932
Email: apisciotti@pisciotti.com

Christopher Renzulli
Renzulli Law Firm
1 N Broadway
Ste 1005
White Plains, NY 10601
Email: crenzulli@renzullilaw.com

Steve D. Shadowen
Hilliard & Shadowen LLP
1135 W 6th St
Ste 125
Austin, TX 78703
Email: sshadowen@shadowenpllc.com

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
1 Faneuil Hall Sq
5th Flr
Boston, MA 02109
Email: tom@hbsslaw.com

William M. Tong
Office of the Attorney General

165 Capitol Ave, Ste 5000
PO Box 120
Hartford, CT 06106
Email: Michael.Skold@ct.gov

James B. Vogts
Swanson Martin & Bell LLP
330 N. Wabash
Suite 3300
Chicago, IL 60611
Email: jvogts@smbtrials.com

I further certify that on December 21, 2022 I served a copy of the foregoing document on the following parties or their counsel of record by U.S. mail, postage prepaid:

Hector H. Balderas
Office of the Attorney General
408 Galisteo St
Villagra Building
Santa Fe, NM 87501

Keith H. Bensten
Day Pitney LLP
1 Federal St
29th Flr
Boston, MA 02110-0000

Max B. Bernstein
BraunHagey & Borden LLP
351 California St
10/F
San Francisco, CA 94104

Robert Bonta
CA Attorney General's Office
1300 I St.

5

Suite 125  
Sacramento, CA 94244-2550  
Matthew B. Borden  
BraunHagey & Borden LLP  
351 California St  
10/F  
San Francisco, CA 94104  

Andrew J. Bruck  
Office of the NJ Attorney General  
Richard J. Hughes Justice Complex  
25 Market St  
8th Flr, West Wing  
Trenton, NJ 08625-0080  

Keith Ellison  
Minnesota OFC of Attorney General  
Ste 900  
445 Minnesota St.  
1200 NCL Tower  
St. Paul, MN 55101-0000  

Ryan L. Erdreich  
Pisciotti Lallis Erdreich  
30 Columbia Turnpike  
Ste 205  
Florham Park, NJ 07932  

Lawson E. Fite  
US Department of Justice  
Environment & Natural Resources Division  
PO Box 7369  
Washington, DC 20044-0000  

Lawson E. Fite  
Marten Law LLP  
1050 SW 6th Ave  
Ste 2150  
Portland, OR 97204

John A. Freedman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743

Brian E. Frosh
Office of the Attorney General
20th Fl
200 St Paul Pl
Baltimore, MD 21202-0000

Roberto J. Gonzalez
Paul Weiss Rifkind Wharton & Garrison LLP
2001 K St, NW
Washington, DC 20006

Aaron Haier
Paul Weiss Rifkind Wharton & Garrison LLP
2001 K St, NW
Washington, DC 20006

Patricia Anne Hartnett
Cornell & Gollub
88 Broad St
6th Flr
Boston, MA 02110-0000

Roberta L. Horton
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743

Letitia James
NY Attorney General's Office
The Capitol
Albany, NY 12224-0341

Kathleen Jennings
Office of Attorney General
Carvel State Office Building

7

820 N. French St.
Wilmington, DE 19801-0000

Trevor J. Keenan
Campbell Conroy & ONeil PC
20 City Sq
Ste 300
Boston, MA 02129-0000

Richard W. Kinney III
Porter Porter & Hassinger
880 Monclair Rd
Ste 175
Birmingham, AL 35213

Danny C. Lallis
Pisciotti Lallis Erdreich
30 Columbia Turnpike
Ste 205
Florham Park, NJ 07932

Ellen Valentik Leonida
BraunHagey & Borden LLP
351 California St
10/F
San Francisco, CA 94104

James Mandilk
Paul Weiss Rifkind Wharton & Garrison LLP
2001 K St, NW
Washington, DC 20006

Lucy S. McMillan
Arnold & Porter Kaye Scholer LLP
250 W 55th St
New York, NY 10019-9710

Tina J. J. Miranda
Hilliard & Shadowen LLP
Ste 1215

1135 W 6th St
Ste 125
Austin, TX 78703

Dana Nessel
MI Dept of Attorney General
PO Box 30212
Lansing, MI 48909

Crystal Lohmann Parker
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

James B. Pollack
77 Sleeper St
Boston, MA 02210

James W. Porter II
Porter Porter & Hassinger
880 Monclair Rd
Ste 175
Birmingham, AL 35213

Karl A. Racine
DC Office of the Attorney General
441 4th St, NW
Washington, DC 20001-0000

Kwame Raoul
IL Attorney General's Office
100 W Randolph St
Chicago, IL 60601-0000

John F. Renzulli
Renzulli Law Firm
1 N Broadway
Ste 1005
White Plains, NY 10601

Michael L. Rice
Harrison Law LLC
141 W Jackson Blvd
Ste 2055
Chicago, IL 60604

Ellen F. Rosenblum
OR Attorney General's Office
1162 Court St NE
Salem, OR 97301-0000

Sarah Salomon
BraunHagey & Borden LLP
351 California St
10/F
San Francisco, CA 94104

Michael A. Savino
Braverman Greenspun
110 E 42nd St
17/F
New York, NY 10017

Nicholas W. Shadowen
Hilliard & Shadowen LLP
1135 W 6th St
Ste 125
Austin, TX 78703

Holly T. Shikada
Attorney General
425 Queen St.
Honolulu, HI 96813-0000

Kelsie Sicinski
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743

William I. Taylor
Paul Weiss Rifkind Wharton & Garrison LLP
2001 K St, NW
Washington, DC 20006

Julia Tarver-Mason Wood
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Joseph G. Yannetti
Morrison Mahoney LLP
250 Summer St
Boston, MA 02210-0000

                                          /s/ Wendy K. Venoit