# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1823     **Short Title:** Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc., et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Estados Unidos Mexicanos _____ as the

[✔] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

*Richard Brunell*            1/3/23
Signature                    Date

Richard Brunell
Name

Shadowen PLLC                855-344-3298
Firm Name (if applicable)    Telephone Number

1135 W. 6th St, Suite 125
Address                      Fax Number

Austin, TX 78703             rbrunell@shadowenpllc.com
City, State, Zip Code        Email (required)

Court of Appeals Bar Number: 24853

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print     Reset

## CERTIFICATE OF SERVICE

      I, Richard Brunell, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. All parties are registered with the Court's electronic filing system.

Dated: January 3, 2023                                                   Respectfully submitted,

                                                                                            /s/ *Richard Brunell*
                                                                                            Richard Brunell