# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 22-1823    **Short Title:** Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc., et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from October 1, 2022
   2. Date this notice of appeal filed October 27, 2022 (Entered 12/19/22)
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes  [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [ ] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes  [ ] No
         If yes, explain _____

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Smith & Wesson Brands, Inc
      Attorney Andrew E. Lelling
      Address 100 High Street, 21st Flr., Boston, MA 02110
      Telephone (617) 449-6856

   2. Adverse party Barrett Firearms Manufacturing, Inc.
      Attorney James M. Campbell
      Address 20 City Square , Suite 300, Boston, MA 02129
      Telephone 617-241-3000

   3. Adverse party Beretta USA Corp.
      Attorney Wendy Kennedy Venoit
      Address 101 Arch Street, 8th Floor, Boston, MA 02109
      Telephone 617-849-5002

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Estados Unidos Mexicanos
      Address Plaza Juárez 20 Col. Centro 06010 Ciudad de México
      Telephone (55)36865100

      Attorney's name Richard Brunell
      Firm Shadowen PLLC
      Address 1135 West 6th St, Suite 125, Austin, TX 78703
      Telephone 855-344-3298

   2. Appellant's name _____
      Address _____
      Telephone _____

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  *Richard Brunell*
Date  1/3/23

Print          Reset

# ADDENDUM A

**Section F Cont'd; Additional Adverse Parties**

Glock, Inc.
Christopher Renzulli
81 Main St #508, White Plains, NY 10601
(914) 285-0700

Sturm, Ruger & Co., Inc.
Jonathan I. Handler
One Federal Street, Suite 2900, Boston, MA 02110
617-345-4734

Witmer Public Safety Group, Inc.
Nora R. Adukonis
Suite 200, 6 Kimball Lane, Lynnfield, MA 01904
781-309-1521

Century International Arms, Inc.
Anthony Pisciotti
30 Columbia Turnpike, Suite 205, Florham Park, NJ 07932
(973) 245-8100

Colt's Manufacturing Company LLC
Christine M. Netski
101 Merrimac Street, Boston, MA 02114
617-227-3030

## CERTIFICATE OF SERVICE

      I, Richard Brunell, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. All parties are registered with the Court's electronic filing system.

Dated: January 3, 2023                                                                                Respectfully submitted,

                                                                                                   */s/ Richard Brunell*
                                                                                                   Richard Brunell