# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc., et al.
District Court Case No.: 1:21-CV-11269-FDS
District of: Massachusetts
Date Notice of Appeal filed: 10/27/22
Court of Appeals Case No.: 22-1823
Form filed on behalf of: Estados Unidos Mexicanos

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ✔

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary): ECF 173, 10/11/22, Motion Hearing

## TRANSCRIPT ORDER

Name of Court Reporter:
Phone Number of Reporter:

A. ___ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S) / HEARING DATE(S)

- ☐ Jury Voir Dire
- ☐ Opening Statement (plaintiff)
- ☐ Opening Statement (defendant)
- ☐ Trial
- ☐ Closing Argument (plaintiff)
- ☐ Closing Argument (defendant)
- ☐ Findings of Fact/Conclusions of Law
- ☐ Jury Instructions
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Bail hearing
- ☐ Pretrial proceedings (specify) ___
- ☐ Testimony (specify) ___
- ☐ Other (specify) ___

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ___ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Richard Brunell
Filer's Signature: *Richard Brunell*
Firm/Address: Shadowen PLLC, 1135 W. 6th St., Suite 125, Austin, TX 78703
Filer's Email address: rbrunell@shadowenpllc.com
Telephone number: 855-344-3298
Date mailed to court reporter: N/A

(Court Reporter Use ONLY) Date received: ___

Form CA1-10 (6/09/09)   SEE INSTRUCTIONS ON REVERSE

[Print] [Save As...] [Reset]

**CERTIFICATE OF SERVICE**

      I, Richard Brunell, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. All parties are registered with the Court's electronic filing system.

Dated: January 3, 2023                                                                          Respectfully submitted,

                                                                                  /s/ *Richard Brunell*
                                                                                  Richard Brunell