# United States Court of Appeals
## For the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM RUGER & CO. INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING CO. LLC,

Defendants - Appellees.

### NOTICE

Issued: January 4, 2023

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After January 18, 2023, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

James B. Pollack, Lucy S. McMillan, Roberto J. Gonzalez, Kwame Raoul, Kathleen Jennings, Michael A. Savino, Holly T. Shikada, Trevor J. Keenan, Dana Nessel, Keith H. Bensten, Julia Tarver-Mason Wood, Andrew J. Bruck, John F. Renzulli, Danny C. Lallis, Ryan L. Erdreich, John Kennedy McDonald, Brian E. Frosh, Nicholas W. Shadowen, Ellen F. Rosenblum, Robert Bonta, Tina J. J. Miranda, James W. Porter, Karl A. Racine, Keith Ellison, John A. Freedman, William I. Taylor, Michael B. de Leeuw, Kelsie Sicinski, Letitia James, Roberta L. Horton, Sarah Salomon, Lawson E. Fite, Aaron Haier, Hector H. Balderas, James Mandilk, Steve D. Shadowen, Joseph G. Yannetti

Maria R. Hamilton, Clerk
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gloria - (617) 748-4214

cc:
Nora R. Adukonis, Hector H. Balderas, Keith H. Bensten, Max B. Bernstein, Robert Bonta, Matthew B. Borden, Andrew J. Bruck, Richard M. Brunell, James Michael Campbell, Edward Vincent Colbert III, Elizabeth N. Dewar, Anthony J. Dick, David Duncan, Peter M. Durney, Keith Ellison, Ryan L. Erdreich, Lawson E. Fite, Noel J. Francisco, John A. Freedman, Brian E. Frosh, Roberto J. Gonzalez, Harry Graver, Aaron Haier, Jonathan Isaac Handler, L. Scott Harshbarger, Patricia Anne Hartnett, Roberta L. Horton, Letitia James, Kathleen Jennings, Trevor J. Keenan, Richard Warren Kinney III, Danny C. Lallis, Andrew E. Lelling, Ellen Valentik Leonida, Andrew Arthur Lothson, Jonathan E. Lowy, Jeffrey Martin Malsch, James Mandilk, John Kennedy McDonald, Lucy S. McMillan, Tina J. J. Miranda, Dana Nessel, Christine M. Netski, John G. O'Neill, Crystal Lohmann Parker, Anthony Michael Pisciotti, James B. Pollack, James W. Porter II, Karl A. Racine, Kwame Raoul, Christopher Renzulli, John F. Renzulli, Michael L. Rice, Ellen F. Rosenblum, Sarah Salomon, Michael A. Savino, Nicholas W. Shadowen, Steve D. Shadowen, Holly T. Shikada, Kelsie Sicinski, Thomas M. Sobol, William I. Taylor, William M. Tong, Wendy Kennedy Venoit, James B. Vogts, Julia Tarver-Mason Wood, Joseph G. Yannetti, Michael B. de Leeuw