# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** Mexico v. Smith & Wesson

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Century International Arms, Inc. _____ as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

s/Danny C. Lallis                             1/6/2023
Signature                                     Date

Danny C. Lallis
Name

Pisciotti Lallis Erdreich                     (973) 245-8100
Firm Name (if applicable)                     Telephone Number

30 Columbia Turnpike, Suite 205               (973) 245-8101
Address                                       Fax Number

Florham Park, NJ 07932                        dlallis@pisciotti.com
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1205467

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes    Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).