# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** Mexico v. Smith & Wesson

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Colt's Manufacturing Company LLC                                         as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

Michael L. Rice                               01/10/2023
Signature                                     Date

Michael L. Rice
Name

Harrison Law LLC                              (312) 638-8781
Firm Name (if applicable)                     Telephone Number

141 W. Jackson Blvd., Suite 2055              (312) 638-8793
Address                                       Fax Number

Chicago, IL 60604                             mikerice@hlawllc.com
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1205843

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).