OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

22-1823
Notice 114

2023 JAN 18 AM 11:24

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Andrew J. Bruck
Office of the NJ Attorney General
Richard J. Hughes Justice Complex
25 Market St
8th Flr. West Wing

NIXIE 076 DC 1 0001/15/23
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 02210300425 *1221-04341-04-42

US POSTAGE — PITNEY BOWES
ZIP 02210 $000.57
0000354155 JAN 04 2023

USMS SCREENED