# United States Court of Appeals
## For the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

**NOTICE**

Issued: January 19, 2023

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

James B. Pollack, Crystal Lohmann Parker, Roberto J. Gonzalez, Kwame Raoul, Kathleen Jennings, Holly T. Shikada. Trevor J. Keenan, Dana Nessel, Keith H. Bensten, Julia Tarver-Mason Wood, Andrew J. Bruck, John F. Renzulli, John Kennedy McDonald, Brian E. Frosh, Ellen F. Rosenblum, Robert Bonta, Tina J. J. Miranda, Karl A. Racine, Keith Ellison, John A. Freedman, William I. Taylor, Michael B. de Leeuw, Kelsie Sicinski, Letitia James, Sarah Salomon, Lawson E. Fite, Aaron Haier, Hector H. Balderas, James Mandilk

The following attorneys will continue to receive notice in this case:

Nora R. Adukonis, Max B. Bernstein, Matthew B. Borden, Richard M. Brunell, James Michael Campbell, Edward Vincent Colbert III, Elizabeth N. Dewar, Anthony J. Dick, David Duncan, Peter M. Durney, Ryan L. Erdreich, Noel J. Francisco, Harry Graver, Jonathan Isaac Handler, L. Scott Harshbarger, Patricia Anne Hartnett, Roberta L. Horton, Richard Warren Kinney III, Danny C. Lallis, Andrew E. Lelling, Ellen Valentik Leonida, Andrew Arthur Lothson, Jonathan E. Lowy, Jeffrey Martin Malsch, Lucy S. McMillan, Christine M. Netski, John G. O'Neill, Anthony Michael Pisciotti, James W. Porter II, Christopher Renzulli, Michael L. Rice, Michael A. Savino, Nicholas

W. Shadowen, Steve D. Shadowen, Thomas M. Sobol, William M. Tong, Wendy Kennedy Venoit, James B. Vogts, Joseph G. Yannetti

     Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

     Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gloria - (617) 748-4214

cc: Nora R. Adukonis, Hector H. Balderas, Keith H. Bensten, Max B. Bernstein, Robert Bonta, Matthew B. Borden, Andrew J. Bruck, Richard M. Brunell, James Michael Campbell, Edward Vincent Colbert III, Elizabeth N. Dewar, Anthony J. Dick, David Duncan, Peter M. Durney, Keith Ellison, Ryan L. Erdreich, Lawson E. Fite, Noel J. Francisco, John A. Freedman, Brian E. Frosh, Roberto J. Gonzalez, Harry Graver, Aaron Haier, Jonathan Isaac Handler, L. Scott Harshbarger, Patricia Anne Hartnett, Roberta L. Horton, Letitia James, Kathleen Jennings, Trevor J. Keenan, Richard Warren Kinney III, Danny C. Lallis, Andrew E. Lelling, Ellen Valentik Leonida, Andrew Arthur Lothson, Jonathan E. Lowy, Jeffrey Martin Malsch, James Mandilk, John Kennedy McDonald, Lucy S. McMillan, Tina J. J. Miranda, Dana Nessel, Christine M. Netski, John G. O'Neill, Crystal Lohmann Parker, Anthony Michael Pisciotti, James B. Pollack, James W. Porter II, Karl A. Racine, Kwame Raoul, Christopher Renzulli, John F. Renzulli, Michael L. Rice, Ellen F. Rosenblum, Sarah Salomon, Michael A. Savino, Nicholas W. Shadowen, Steve D. Shadowen, Holly T. Shikada, Kelsie Sicinski, Thomas M. Sobol, William I. Taylor, William M. Tong, Wendy Kennedy Venoit, James B. Vogts, Julia Tarver-Mason Wood, Joseph G. Yannetti, Michael B. de Leeuw