Case: 22-1823 Document: 00117965516 Page: 1 Date Filed: 01/19/2023 Entry ID: 6544031

# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 22-1823 **Short Title:** Mexico v. Smith & Wesson

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

Barrett Firearms Manufacturing, Inc. as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

James W. Porter, II
Signature

01/19/2023
Date

James W. Porter, II
Name

Porter, Porter & Hassinger, PC
Firm Name (if applicable)

(205) 322-1744
Telephone Number

880 Montclair Road, Suite 175
Address

(205) 322-1750
Fax Number

Birmingham, AL 35213
City, State, Zip Code

jwporterii@pphlaw.net
Email (required)

Court of Appeals Bar Number: 1205451

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.________________

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Nora R. Adukonis
Litchefield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940-0000
Email: adukonis@litchfieldcavo.com

Max B. Bernstein
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Email: bernstein@braunhagey.com

Matthew B. Borden
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Email: borden@braunhagey.com

Richard M. Brunell
Shadowen PLLC
1135 W 6th Street, Suite 125
Austin, TX 78703
Email: rbrunelll@shadowenpllc.com

James Michael Campbell
Campbell Conroy & ONeil PC
20 City Square, Suite 300
Boston, MA 02129-0000
Email: jmcampbell@campbell-trial-lawyers.com

Case: 22-1823 Document: 00117965516 Page: 3 Date Filed: 01/19/2023 Entry ID: 6544031

Edward Vincent Colbert, III
Casner & Edwards LLP
303 Congress Street
Boston, MA 02210.0000
Email: colbert@casneredwards.com

Elizabeth N. Dewar
MA Attorney General's Office
1 Ashburton Place, 20th Floor
Boston, MA 02108-0000
Email: Bessie.dewar@mass.gov

Anthony J. Dick
Jones Day
51 Louisiana Avenue NW, Suite 431
Washington, DC 20001-2113
Email: ajdick@jonesday.com

David Duncan
Zalkind Duncan & Bernstein LLP
65A Atlantic Avenue
Boston, MA 02110-0000
Email: dduncan@zalkindlaw.com

Peter M. Durney
Cornell & Gollub
88 Broad Street, 6th Floor
Boston, MA 02110-0000
Email: pdurney@cornellgollub.com

Ryan L. Erdreich
Pisciotti Lallis Erdreich
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Email: rerdreich@pisciotti.com

Noel J. Francisco
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001-2113
Email: njfrancisco@jonesday.com

Harry Graver
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001-2113
Email: hgraver@paulweiss.com

Jonathan Isaac Handler
Day Pitney LLP
1 Federal Street, Suite 2900
Boston, MA 02110-0000
Email: jihandler@daypitney.com

L. Scott Harshbarger
Casner & Edwards LLP
303 Congress Street
Boston, MA 02210-0000
Email: harshbarger&casneredwards.com

Patricia Anne Hartnett
Cornell & Gollub
88 Broad Street, 6th Floor
Boston, MA 02110-0000
Email: PHartnett@cornellgollub.com

Roberta L. Horton
Arnold & Porter Kay Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Email: roberta.horton@arnoldporter.com

Case: 22-1823 Document: 00117965516 Page: 5 Date Filed: 01/19/2023 Entry ID: 6544031

Richard Warren Kinney, III
Porter Porter & Hassinger PC
880 Montclair Road, Suite 175
Birmingham, AL 35213
Email: wkinney@pphlaw.net

Danny C. Lallis
Pisciotti Lallis Erdreich
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Email: dlallis@piscotti.com

Andrew E. Lelling
Jones Day
100 High Street, 21st Floor
Boston, MA 02110-1781
Email: alelling@jonesday.com

Ellen Valentik Leonida
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Email: leonida@braunhagey.com

Andrew Arthur Lothson
Swanson Martin & Bell LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Email: alothson@smbtrials.com

Jonathan E. Lowy
Global Action on Gun Violence
1025 Connecticut Avenue NW, Suite 1210
Washington, DC 20036
Email: jlowy@actiononguns.org

Case: 22-1823 Document: 00117965516 Page: 6 Date Filed: 01/19/2023 Entry ID: 6544031

Jeffrey Martin Maslch
Rezulli Law Firm
1 N Broadway, Suite 1005
White Plains, NY 10601
Email: jmalsch@renzullilaw.com

Lucy S. McMillan
Arnold & Porter Kaye Scholer LLP
250 W 55th Street
New York, NY 10019-9710
Email: lucy.mcmillan@arnoldporter.com

Christine M. Netski
Sugarman Rogers Barshak & Cohen PC
101 Merrimac Street, Suite 900
Boston, MA 02114-0000
Email: netski@sugarmanrogers.com

John G. O'Neill
Sugarman Rogers Barshak & Cohen PC
101 Merrimac Street, Suite 900
Boston, MA 02114-0000
Email: oneill@sugarmanrogers.com

Anthony Michael Pisciotti
Pisciotti Lallis Erdreich
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Email: apisciotti@pisciotti.com

Christopher Renzulli
Renzulli Law Firm
1 N Broadway, Suite 1005
White Plains, NY 10601
Email: crenzulli@renzullilaw.com

Case: 22-1823 Document: 00117965516 Page: 7 Date Filed: 01/19/2023 Entry ID: 6544031

Michael L. Rice
Harrison Law LLC
141 W Jackson Boulevard, Suite 2055
Chicago, IL 60604
Email: mikerice@hllawllc.com

Steve D. Shadowen
Shadowen PLLC
1135 W 6th Street, Suite 125
Austin, TX 78703
Email: sshadowen@shadowenpllc.com

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Email: tom@hbsslaw.com

William M. Tong
Office of the Attorney General
165 Capitol Avenue, Suite 5000
PO Box 120
Hartford, CT 06106
Email: Michael.Skold@ct.gov

Wendy K. Venoit
Cozen O'Connor
101 Arch Street, 8th Floor
Boston, MA 02110
Email: wvenoit@cozen.com

James B. Vogts
Sawnson Martin & Bell LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Email: jvogts@smbtrials.com

Case: 22-1823 Document: 00117965516 Page: 8 Date Filed: 01/19/2023 Entry ID: 6544031

Joseph G. Yannetti
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-0000
Email: jyannetti@morrisonmahoney.com

I further certify that on January 19, 2023, I served a copy of the foregoing document on the following parties or their counsel of record by U.S. Mail, postage prepaid:

Michael A. Savino
Braverman Greenspun
110 E 42nd Street, 17th Floor
New York, NY 10017

Nicholas W. Shadowen
Shadowen PLLC
1135 W 6th Street, Suite 125
Austin, TX 78703

/s/ James W. Porter, II
Of Counsel
Bar Number: 1205451