Case: 22-1823  Document: 00117965717  Page: 1  Date Filed: 01/19/2023  Entry ID: 6544117

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

US POSTAGE ™ PITNEY BOWES
ZIP 02210 $ 000.57⁰
02 4W
0000354155 JAN 04 2023

2023 JAN 19 AM 11:07

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

22-1823 Notice 1/4/23

Tina J. J. Miranda
Hilliard & Shadowen LLP
Ste 1215
1135 W 6th St
Ste 125
Austin, TX 78703

NIXIE        787  5E 1        0201/12/23
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 02210300425    *1221-04344-04-42