No. 22-1823

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

———————————————

ESTADOS UNIDOS MEXICANOS,

*Plaintiff-Appellant*,

v.

SMITH & WESSON BRANDS, INC.;
BARRETT FIREARMS MANUFACTURING,
INC.; BERETTA U.S.A. CORP.; BERETTA
HOLDING S.P.A.; CENTURY
INTERNATIONAL ARMS, INC.; COLT'S
MANUFACTURING COMPANY LLC;
GLOCK, INC.; GLOCK GES.M.B.H.;
STURM, RUGER & CO., INC.;
WITMER PUBLIC SAFETY GROUP, INC.
D/B/A INTERSTATE ARMS,

*Defendants-Appellees.*

———————————————

### ALL PARTIES' JOINT MOTION REGARDING BRIEFING SCHEDULE AND PAGE LIMITS

The plaintiff-appellant, Estados Unidos Mexicanos ("the Government"), and the defendants-appellees, Smith & Wesson Brands, Inc., Barrett Firearms Manufacturing, Inc., Beretta U.S.A. Corp., Colt's Manufacturing Company LLC, Glock, Inc., Sturm, Ruger & Co., Inc., Century International Arms, Inc., and Witmer Public Safety Group, Inc., hereby jointly move under Fed. R. App. P. 27 and Local Rule 31 for an order modifying the briefing schedule set by the Court on January 12, 2023. Under the Court's Order, appellant's brief and the joint appendix are due February 21, 2023; appellees' brief(s) is due 30 days thereafter, and appellant's reply

brief is due 21 days after appellees' brief(s). The parties request that the briefing schedule be modified as follows:

1. Appellant's opening brief and joint appendix shall be due by March 14, 2023 (an additional 21 days).

2. Appellees' responsive brief(s) shall be due by May 11, 2023 (an additional 28 days).

3. Appellant's reply brief due shall be due by June 22, 2023 (an additional 21 days).

4. Appellees will endeavor to file a single responsive brief. However, should they file multiple responsive briefs, appellant's reply brief shall have a word limit of half the total words of appellees' responsive briefing or 6,500 words, whichever is greater.

As grounds for this motion, the parties state that additional time is needed because of the numerous and complex nature of the issues decided by the District Court,[1] the Government's internal processes and need to coordinate with numerous

---

[1] Those issues include: the Government has Article III standing; the Protection of Lawful Commerce in Arms Act ("PLCAA") bars the Government's tort claims regardless of whether the claims arise under Mexican law; the presumption against extraterritoriality does not preclude the application of PLCAA; no exception under PLCAA applies to the Government's claims; the Government lacks standing to assert a claim under the Connecticut Unfair Trade Practices Act; and the complaint fails to state a claim under Mass. Gen. L. c. 93A. Mem. & Order on Defendants' Mtn. to Dismiss, ECF No. 163.

amici, and the need for the numerous appellees to coordinate. The Parties have conferred and agree that the briefing format outlined above will streamline arguments and reduce the burden on the Court (and the Parties), while still permitting the Court to fully consider the Parties' arguments. The deadlines are proposed in good faith and not for the purposes of delay.

                                              Respectfully submitted,

                                              /s/ *Richard Brunell*
                                              SHADOWEN PLLC

| Jonathan E. Lowy | Steve D. Shadowen |
|---|---|
| Global Action on Gun Violence | Richard M. Brunell |
|  | Nicholas W. Shadowen |
| 805 15th Street NW, #601 | SHADOWEN PLLC |
| Washington, DC 20005 | 1135 W. 6th Street, Suite 125 |
| Phone: (202) 415-0691 | Austin, TX 78703 |
| jlowy@actiononguns.org | Phone: (855) 344-3298 |
|  | rbrunell@shadowenpllc.com |

                                              *Counsel for Estados Unidos Mexicanos*

January 20, 2023

Defendant-Appellee,
**Glock, Inc.,**
phartnett@cornellgollub.com
CORNELL & GOLLUB
88 Broad Street, Sixth Floor
Boston, MA 02110
T: (617) 482-8100

John F. Renzulli
jrenzulli@renzullilaw.com
Christopher Renzulli
crenzulli@renzullilaw.com
Jeffrey Malsch
jmalsch@renzullilaw.comRE
NZULLI LAW FIRM LLC
One North Broadway, Suite 1005 White Plains, NY 10601
T: (914) 285-0700

Defendant-Appellee,
**Colt's Manufacturing Company LLC,**
By its attorneys,
/s/ John O'Neill
John G. O'Neill
oneill@sugarmanrogers.com
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, Suite #900
Boston, MA 02114
T: (617) 227-3030

Michael L. Rice
mikerice@hlawllc.com
Harrison Law LLC
141 West Jackson Boulevard Suite 2055
Chicago, IL 60604
T: (312) 638-8776

Defendant-Appellee
**Barrett Firearms Manufacturing, Inc.,**
By its attorneys,
/s/ James Campbell
James M. Campbell
jmcampbell@campbell-trial-lawyers.com
CAMPBELL CONROY & O'NEIL, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129
T: (617) 241-3000

James W. Porter
jwporterii@pphlaw.net
Warren Kinney
wkinney@pphlaw.net
PORTER PORTER & HASSINGER, P.C.
880 Montclair Road, Suite 175
Birmingham, Alabama 35213
T: (205) 322-1744

Defendant-Appellee,
**Smith & Wesson Brands, Inc.,**
By its attorneys,
/s/ Andrew E. Lelling
Andrew E. Lelling
alelling@jonesday.com
JONES DAY
100 High Street
Boston, MA 02110-1781
T: (617) 449-6856

Noel J. Francisco
njfrancisco@jonesday.com
Anthony J. Dick
ajdick@jonesday.com
JONES DAY
51 Louisiana Ave NW
Washington DC 20001-2113
T: (202) 879-7679

Defendant-Appellee,
**Beretta U.S.A. Corp.,**
By its attorneys,
/s/ *John McDonald*
John K. McDonald
JMcDonald@cozen.com
Michael de Leeuw
MdeLeeuw@cozen.com
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 280
Philadelphia, PA 19103
T: (215) 864-8046

Defendant-Appellee,
**Century International Arms, Inc.,**
By its attorneys,
/s/ Joseph Yannetti
Joseph G. Yannetti
jyannetti@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street, Boston, MA 02210
T: (617) 439-7585

Anthony Pisciotti
apisciotti@pisciotti.com
Danny Lallis
dlallis@pisciotti.com
Ryan Erdreich
rerdreich@pisciotti.com
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
T: (973) 245-8100

Defendant-Appellee,
**Sturm, Ruger & Co., Inc.,**
By its attorneys,
/s/ Jonathan Handler
Jonathan I. Handler
jihandler@daypitney.com
Day Pitney LLP
One Federal Street, 29th Floor
Boston MA 02110
T: (617) 345 4734

James Vogts jvogts@smbtrials.com
SWANSON, MARTIN & BELL LLP
330 N. Wabash Suite 3300
Chicago, IL 60611
T: (312) 222-8517

Defendant-Appellee,
**Witmer Public Safety Group, Inc.,**
By its attorneys,
/s/ Norah Adukonis
Nora R. Adukonis
Litchfield Cavo LLP
6 Kimball Ln, Ste 200
Lynnfield, MA 01940-0000
T: 781-309-1521

## CERTIFICATE OF SERVICE

    I, Richard Brunell, hereby certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system, which served copies to all counsel of record.

/s/ *Richard Brunell*
Richard Brunell

January 20, 2023