# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** Mexico v. Smith & Wesson, et

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Barrett Firearms Manufacturing, Inc. _____ as the

[ ] appellant(s)       [✔] appellee(s)       [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ James M. Campbell
Signature

1/24/2023
Date

James M. Campbell
Name

Campbell Conroy & O'Neil, P.C.
Firm Name (if applicable)

617-241-3000
Telephone Number

20 City Square, Suite 300
Address

617-241-5115
Fax Number

Boston, MA 02129
City, State, Zip Code

jmcampbell@campbell-trial-lawyers.com
Email (required)

Court of Appeals Bar Number: 59099

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes  Court of Appeals No._____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).