# THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

No. 22-1823

ESTADOES UNIDOS MEXICANOS,

                                 Plaintiff-Appellant,

v.

SMITH & WESSON BRANDS, INC.;
BARRETT FIREARMS MANUFACTURING,
INC.; BERETTA U.S.A. CORP.; BERETTA
HOLDING S.P.A.; CENTURY INTERNATIONAL
ARMS, INC.; COLT'S MANUFACTURING
COMPANY LLC; GLOCK, INC.; GLOCK
GES.M.B.H.; STURM, RUGER & CO., INC.;
WITMER PUBLIC SAFETY GROUP, INC
D/B/A INTERSTATE ARMS,

                                 Defendants-Appellees.

## NOTICE OF APPEARANCE

    Please enter my appearance on behalf of the Defendant Witmer Public Safety Group, Inc., d/b/a Interstate Arms.

                                 Defendant-Appellee,
                                 Witmer Public Safety Group, Inc.
                                 d/b/a Interstate Arms,
                                 By Its Attorney,

                                 */s/ Nora R. Adukonis*
                                 Nora R. Adukonis, BBO# 676932
                                 LITCHFIELD CAVO LLP
                                 6 Kimball Lane, Suite 200
                                 Lynnfield, MA 01940
                                 (781) 309-1500

Dated:  January 24, 2023             adukonis@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

      I, Nora R. Adukonis, hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system, which served copies to all counsel of record.

                                                          */s/ Nora R. Adukonis*
                                                          Nora R. Adukonis