# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1823    **Short Title:** Mexico v. Smith &Wesson, et

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Century International Arms, Inc. _____ as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

s/ Ryan L. Erdreich
Signature

1/24/2023
Date

Ryan L. Erdreich
Name

Pisciotti Lallis Erdreich
Firm Name (if applicable)

973-245-8100
Telephone Number

30 Columbia Turnpike, Suite 205
Address

973-245-8101
Fax Number

Florham Park, NJ, 07932
City, State, Zip Code

rerdreich@pisciotti.com
Email (required)

Court of Appeals Bar Number: 1205468

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).