# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823          **Short Title:** ESTADOS UNIDOS MEXICANOS v. SMITH & WESSON BRANDS INC., et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

STURM, RUGER & CO., INC.                                                                                    as the

[ ] appellant(s)           [✔] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)            [ ] intervenor(s)

/s/Jonathan I. Handler  
Signature

January 24, 2023  
Date

Jonathan I. Handler  
Name

DAY PITNEY LLP  
Firm Name (if applicable)

(617) 345-4600  
Telephone Number

One Federal Street, 29th Floor  
Address

(617) 345-4745  
Fax Number

Boston, MA 02110  
City, State, Zip Code

jihandler@daypitney.com  
Email (required)

Court of Appeals Bar Number: 39690

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes     Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).