# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1283     **Short Title:** Mexico v. S&W, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Glock, Inc. _____ as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)  [ ] intervenor(s)

/s/ Peter M. Durney                        1/27/23
Signature                                   Date

Peter M. Durney
Name

Cornell & Gollub                            617/482-8100
Firm Name (if applicable)                   Telephone Number

88 Broad Street, 6th Floor                  617/482-3917
Address                                     Fax Number

Boston, MA 02110                            pdurney@cornellgollub.com
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 83811

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).