# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823     **Short Title:** Mexico v. Smith & Wesson

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Colt's Manufacturing Company LLC</u> as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>Katie J. Colopy</u>     <u>02/03/2023</u>
Signature     Date

<u>Katie J. Colopy</u>
Name

<u>Harrison Law LLC</u>     <u>(312) 638-8778</u>
Firm Name (if applicable)     Telephone Number

<u>141 W. Jackson Blvd., Suite 2055</u>     <u>(312) 638-8793</u>
Address     Fax Number

<u>Chicago, IL 60604</u>     <u>katiecolopy@hlawllc.com</u>
City, State, Zip Code     Email (required)

Court of Appeals Bar Number: <u>1206514</u>

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes  Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).