# United States Court of Appeals
## For the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

**APPELLEES' BRIEFING NOTICE**

Issued: March 16, 2023

Appellees' brief(s) must be filed by **April 13, 2023**.

The deadline for filing appellant's reply brief will run from service of appellees' brief(s) in accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Parties are advised that extensions of time are not normally allowed without timely motion for good cause shown.

Presently, it appears that this case may be ready for argument or submission at the coming **July/August, 2023** session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's website at www.ca1.uscourts.gov. Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a timely brief in compliance with the federal and local rules could result in the appellee not being heard at oral argument. See 1st Cir. R. 45.0.**

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gloria - (617) 748-4214

cc:
Nora R. Adukonis
Max B. Bernstein
Matthew B. Borden
Richard M. Brunell
James Michael Campbell
Edward Vincent Colbert III
Katie J. Colopy
Elizabeth N. Dewar
Anthony J. Dick
David Duncan
Peter M. Durney
Ryan L. Erdreich
Noel J. Francisco
Harry Graver
Jonathan Isaac Handler
L. Scott Harshbarger
Patricia Anne Hartnett
Roberta L. Horton
Richard Warren Kinney III
Danny C. Lallis
Andrew E. Lelling
Ellen Valentik Leonida
Andrew Arthur Lothson
Jonathan E. Lowy
Jeffrey Martin Malsch
Lucy S. McMillan
Christine M. Netski
John G. O'Neill
Anthony Michael Pisciotti
James W. Porter II
Christopher Renzulli
Michael L. Rice
Steve D. Shadowen
Thomas M. Sobol
William M. Tong
Wendy Kennedy Venoit

James B. Vogts
Joseph G. Yannetti