# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 22-1823          **Short Title:** Estados Unidos Mexicanos v. Smith & Wesson Brands Inc., et al.

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Scholars of International Law _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Thomas M. Sobol _____          March 17, 2023 _____
Signature                                                          Date

Thomas M. Sobol _____
Name

Hagens Berman Sobol Shapiro LLP ____          617-482-3700 _____
Firm Name (if applicable)                              Telephone Number

One Faneuil Hall Sq., Fifth Floor ____          617-482-3003 _____
Address                                                            Fax Number

Boston, MA 02109 _____          tom@hbsslaw.com _____
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 10809 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes  Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).