# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823     **Short Title:** Estados Unidos Mexicanos v. Smith & Wesson Brands Inc., et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Mexican activists, scholars, and victims (see attachment) as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

_Roberta L. Horton_ (Signature)

March 20, 2023 (Date)

Roberta L. Horton
Name

Arnold & Porter Kaye Scholer LLP
Firm Name (if applicable)

202-942-5161
Telephone Number

601 Massachusetts Ave., NW
Address

202-942-5999
Fax Number

Washington, DC 20001-3743
City, State, Zip Code

roberta.horton@arnoldporter.com
Email (required)

Court of Appeals Bar Number: 1205928

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes     Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## **Attachment**

Amici Curiae Mexican Activists, Scholars, and Victims

Dr. Sergio Aguayo Quezada

Santiago Aguirre Espinosa, Director, Centro Prodh

Centro de Derechos Humanos Miguel Agustín Pro Juárez A.C. (Centro Prodh)

Centro de Estudios Ecuménicos A.C. (CEE)

Centro de Estudios Sociales y Culturales Antonio de Montesinos A.C.

Centro Regional de Defensa de Derechos Humanos Jose Maria Morelos y Pavón A.C.

Magda Coss Nogueda

María Isabel Cruz Bernal

Derechos de la Infancia y Adolescencia, A.C.

Dr. Cecilia Farfán Méndez

Fuerzas Unidas por Nuestros Desaparecidos en Nuevo León (FUNDENL)

María Herrera

Adrian LeBarón

John Lindsay-Poland, Stop US Arms to Mexico

Dr. Carlos Pérez Ricart

Lorena Reza Garduño

Juan Pedro Rodríguez Miramón, Fundación Ser de Paz A.C.

Teodomira Rosales Sierra

Sabuesos Guerreras A.C.

Sabuesos Guerreras A.C. Extensión Matias Romero Oaxaca

Sabuesos Guerreras A.C. Extensión Oaxaca

Sara San Martín Romero, Member, CEE Seminario Bautista de México

Paulina Vega González

Marcos Vizcarra