# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 22-1823            Short Title: *Estados Unidos Mexicanos v. Smith & Wesson Brands et al.*

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Everytown for Gun Safety Support Fund, et al (see attached), as the

[ ] appellant(s)       [ ] appellee(s)       [✓] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

_Signature_ (signed)                          Date: March 20, 2023

Name: Lawson E. Fite

Firm Name (if applicable): Marten Law LLP

Telephone Number: (503) 243-2200

Address: 1050 SW Sixth Ave., Suite 2150

Fax Number: (503) 243-2202

City, State, Zip Code: Portland, OR 97204

Email (required): lfite@martenlaw.com

Court of Appeals Bar Number: 1140979

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Additional Parties Represented:
    Giffords Law Center to Prevent Gun Violence
    Global Exchange
    Newtown Action Alliance
    Violence Policy Center
    March for Our Lives Foundation