# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

Case No. 2022-1823

---

### ESTADOS UNIDOS MEXICANOS,

*Plaintiff-Appellant*

v.

### SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY, LLC; GLOCK, INC.; GLOCK GES. M.B.H; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,

*Defendants-Appellees*

---

### NOTICE OF WITHDRAWAL

Please withdraw my appearance as co-counsel of record for the defendant-appellee Colt's Manufacturing Company, LLC, in the above-entitled matter. Please note that Colt's Manufacturing Company, LLC will continue to be represented by John G. O'Neill of Sugarman, Rogers, Barshak & Cohen, P.C.

Respectfully submitted,

*/s/ Christine M. Netski*
Christine M. Netski, BBO No. 546936
netski@sugarmanrogers.com
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA  02110
Telephone:  (617) 227-3030

Dated:  March 21, 2023

**CERTIFICATE OF SERVICE**

      I, Christine M. Netski, hereby certify that on the above date I caused a copy of this document to be served by efiling upon counsel of record for each of the parties to this case.

                                                */s/ Christine M. Netski*
                                                Christine M. Netski

4890-8683-4264, v. 1