# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** Estados Unidos Mexicanos v. S

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Professors of Transnational Litigation (see attached) _____ as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Scott Harshbarger                March 21, 2023
Signature                            Date

Scott Harshbarger
Name

Casner & Edwards LLP                 (617) 426-5900
Firm Name (if applicable)            Telephone Number

303 Congress St.
Address                              Fax Number

Boston, MA 02210                     harshbarger@casneredwards.com
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: 32040

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Professors of Transnational Litigation

George A. Bermann

Ronald A. Brand

William S. Dodge

Kermit Roosevelt

Aaron D. Simowitz

Robert D. Sloane

David L. Sloss

Beth Stephens

Symeon C. Symeonides

Carlos M. Vázquez

Christopher A. Whytock