# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Dr. Jorge Sanchez Cordero Davila and Dr. Raul Contreras Bustamante              as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Sameer Advani                                3/21/2023
Signature                                        Date

Sameer Advani
Name

Willkie Farr & Gallagher LLP                     (212) 728-8587
Firm Name (if applicable)                        Telephone Number

787 Seventh Avenue                               (212) 728-9587
Address                                          Fax Number

New York, New York 10019                         sadvani@willkie.com
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 114981

Has this case or any related case previously been on appeal?

[✓] No           [ ] Yes    Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).