# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823          **Short Title:** Estados Unidos de Mexicanos v. Smith & Wesson, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Antigua & Barbuda, Belize, Commonwealth of the Bahamas, Jamaica, Trinidad & Tobago as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ Roberto J. Gonzalez
Signature

3/21/2023
Date

Roberto J. Gonzalez
Name

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Firm Name (if applicable)

(202) 223-7316
Telephone Number

2001 K Street, N.W.
Address

(202) 204-7344
Fax Number

Washington, D.C. 20006
City, State, Zip Code

rgonzalez@paulweiss.com
Email (required)

Court of Appeals Bar Number: 1206033

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## Additional Parties Represented

1. Association for Public Policies d/b/a the Latin American and Caribbean Network for Human Security