# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823     **Short Title:** Estados Unidos de Mexicanos v. Smith & Wesson, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Antigua & Barbuda, Belize, Commonwealth of the Bahamas, Jamaica, Trinidad & Tobago as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Jacob A. Braly
Signature

3/21/2023
Date

Jacob A. Braly
Name

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Firm Name (if applicable)

(212) 373-3726
Telephone Number

1285 6th Ave.
Address

(212) 492-0726
Fax Number

New York, N.Y., 10019
City, State, Zip Code

jbraly@paulweiss.com
Email (required)

Court of Appeals Bar Number: 1207327

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Additional Parties Represented**

1. Association for Public Policies d/b/a the Latin American and Caribbean Network for Human Security