## FRAP RULE 29 STATEMENTS

Pursuant to Federal Rule of Appellate Procedure ("FRAP") 29(a)(2), undersigned counsel for *amici curiae* state that all parties have consented to the filing of this brief.

Pursuant to FRAP 29(a)(4)(E), undersigned counsel for *amici curiae* state that no part of this brief was authored, in whole or in part, by counsel for any party and no person, including but not limited to any party or party's counsel, other than *amici curiae*'s counsel contributed money intended to fund the preparation or submission of this brief.

## CORPORATE DISCLOSURE STATEMENT

Undersigned counsel for *amici curiae* certifies pursuant to FRAP 29(a)(4)(A) that the *amici* are each individuals, none has a corporate parent, none issues stock, and no publicly held corporation owns 10% or more of any of them, individually or collectively.

i