## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 29(a)(4)(A), Everytown for Gun Safety Support Fund, Giffords Law Center to Prevent Gun Violence, Global Exchange, Newtown Action Alliance, Violence Policy Center, and March for Our Lives Foundation state that they are not-for-profit corporations. Each certifies that it has no parent corporation and that no publicly-held corporation owns ten percent or more of its stock.

Dated: March 21, 2023  /s/ *Lawson E. Fite*
Lawson E. Fite

*Attorney for amici curiae Everytown for Gun Safety Support Fund, Giffords Law Center to Prevent Gun Violence, Global Exchange, Newtown Action Alliance, Violence Policy Center, and March for Our Lives Foundation*

i