# CORPORATE DISCLOSURE STATEMENT

## (Rule 26.1)

Pursuant to Federal Rules of Appellate Procedure 26.1(a) and 29(a)(4)(A), Amici Curiae make the following corporate disclosure statement:

The Association for Public Policies, d/b/a the Latin American and Caribbean Network for Human Security, coordinates a network of non-governmental organizations ("NGOs"), none of which has corporate parents or stockholders.