# United States Court of Appeals
## For the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 24, 2023
Pursuant to 1st Cir. R. 27.0(d)

On March 21, 2023, District Attorneys filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **March 31, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Steve D. Shadowen, Richard M. Brunell, Jonathan E. Lowy, Andrew E. Lelling, Noel J. Francisco, Anthony J. Dick, Harry Graver, James Michael Campbell, James W. Porter II, Richard Warren Kinney III, Wendy Kennedy Venoit, Peter M. Durney, Patricia Anne Hartnett, Christopher Renzulli, Jeffrey Martin Malsch, Jonathan Isaac Handler, Andrew Arthur Lothson, James B. Vogts, Nora R. Adukonis, Anthony Michael Pisciotti, Danny C. Lallis, Ryan L. Erdreich, Joseph G. Yannetti, John G. O'Neill, Michael L. Rice, Katie J. Colopy, Thomas M. Sobol, Ellen Valentik Leonida, Matthew B. Borden, Max B. Bernstein, Kory James DeClark, David Duncan, Roberta L. Horton, Lucy S. McMillan, Elizabeth N. Dewar, William M. Tong, Lawson E. Fite, Roberto J. Gonzalez, Jacob Braly, Edward Vincent Colbert III, L. Scott Harshbarger, Donna M. Evans, Sameer Advani