# DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, these scholars of international law as *Amici Curiae* hereby certify that they are individuals.

/s/ Thomas M. Sobol

Thomas M. Sobol

*Counsel for Amici Curiae Scholars of International Law*