# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-01823          **Short Title:** Mexico v. S&W, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Beretta U.S.A. Corp.                                                                                        as the

[ ] appellant(s)            [✔] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

/s/ Mark D. Sheridan                                    March 30, 2023
Signature                                                Date

Mark D. Sheridan
Name

Squire Patton Boggs (US) LLP                            973-848-5600
Firm Name (if applicable)                               Telephone Number

382 Springfield Ave, Ste. 300                           973-848-5601
Address                                                 Fax Number

Summit, NJ, 07901                                       mark.sheridan@squirepb.com
City, State, Zip Code                                   Email (required)

Court of Appeals Bar Number: 1130597

Has this case or any related case previously been on appeal?

[✔] No            [ ] Yes    Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).