# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## Case No. 2022-1823

---

**ESTADOS UNIDOS MEXICANOS,**

*Plaintiff-Appellant*

v.

**SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC; BERETTA U.S.A. CORP.; BERETTA HOLDING S/P/A; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY, LLC; GLOCK, INC.; GLOCK GES. M.B.H.; STURM RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,**

*Defendants-Appellees*

---

## MOTION TO WITHDRAW APPEARANCE

COMES NOW counsel for Defendant-Appellee Beretta U.S.A. Corp. ("Beretta"), Wendy K. Venoit, Esquire and Cozen O'Connor (collectively "Movants"), and file the present Motion to Withdraw Appearance, and in support thereof aver as follows:

1.     Plaintiff-Appellant Estados Unidos Mexicanos initiated this action by appealing a final Order dated October 1, 2022 from the United States District Court for the District of Massachusetts.

2. On December 21, 2022, Movants entered their appearance on behalf of Beretta.

3. Beretta has retained new counsel to represent them in this appeal in substitution for Movants. Beretta's new counsel, Mark D. Sheridan of Squire Patton Boggs (US) LLP, has entered his appearance on behalf Beretta.

WHEREFORE, Movants respectfully request this Honorable Court grant their Motion to Withdraw Appearance as counsel for Defendant-Appellee, Beretta U.S.A. Corp.

Dated: April 4, 2023   Respectfully submitted,

COZEN O'CONNOR

*/s/ Wendy K. Venoit*
Wendy K. Venoit (#1200394)
101 Arch Street, 8th Floor
Boston, MA 02109
*Tel*: (617) 849-6002
*Fax*: (857) 488-4871
wvenoit@cozen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system which will send a notification of electronic filing to all counsel of record registered with the court.

*/s/ Wendy K. Venoit*
Wendy K. Venoit
