# United States Court of Appeals
## For the First Circuit

———————————

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

———————————

**CORRECTED ORDER OF COURT**[*]

Entered: April 11, 2023
Pursuant to 1st Cir. R. 27.0(d)

    Amici Curiae Antigua & Barbuda, Association for Public Policies, Belize, Commonwealth of the Bahamas, Commonwealth of the Jamaica and Commonwealth of the Trinidad & Tobago are presently in default for failure to submit **nine** paper copies of the Amici Curiae brief filed on March 29, 2023. Amici Curiae Antigua & Barbuda, Association for Public Policies, Belize, Commonwealth of the Bahamas, Commonwealth of the Jamaica and Commonwealth of the Trinidad & Tobago are ordered to submit **nine** paper copies of the Amici Curiae brief on or before **April 18, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Nora R. Adukonis, Sameer Advani, Max B. Bernstein, Matthew B. Borden, Jacob Braly, Richard M. Brunell, James Michael Campbell, Edward Vincent Colbert III, Katie J. Colopy, Kory James

---

[*]Corrected order issued to amend text of the order.

DeClark, Elizabeth N. Dewar, Anthony J. Dick, David Duncan, Peter M. Durney, Ryan L. Erdreich, Donna M. Evans, Lawson E. Fite, Noel J. Francisco, Roberto J. Gonzalez, Harry Graver, Jonathan Isaac Handler, L. Scott Harshbarger, Patricia Anne Hartnett, Roberta L. Horton, Richard Warren Kinney III, Danny C. Lallis, Andrew E. Lelling, Ellen Valentik Leonida, Andrew Arthur Lothson, Jonathan E. Lowy, Jeffrey Martin Malsch, Lucy S. McMillan, John G. O'Neill, Anthony Michael Pisciotti, James W. Porter II, Christopher Renzulli, Michael L. Rice, Erwin Rosenberg, Steve D. Shadowen, Mark D. Sheridan, Thomas M. Sobol, William M. Tong, James B. Vogts, Joseph G. Yannetti