# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-183          **Short Title:** Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc., et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
National Shooting Sport Foundation, Inc.                                                              as the

[ ] appellant(s)         [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Christopher A. Kenney
Signature

May 8, 2023
Date

Christopher A. Kenney
Name

Kenney & Sams, P.C.
Firm Name (if applicable)

508-490-8500
Telephone Number

144 Turnpike Road
Address

508-490-8501
Fax Number

Southborough, MA, 01772
City, State, Zip Code

cakenney@kslegal.com
Email (required)

Court of Appeals Bar Number: 35397

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).