OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS



22-1823
Order 1/24

2023 MAY -8 PM 12:19

RECEIVED
COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

US POSTAGE — PITNEY BOWES
ZIP 02210　$ 000.60⁰
02 4W
0000354155 APR 24 2023

Erwin Rosenberg
1000 W Island Blvd
#1011
Aventura, FL 33160

NIXIE　　339　FE 1　　0005/03/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210300425　　*1221-00174-24-42