# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1823            **Short Title:** Mexico v. Smith & Wesson, et

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Century International Arms, Inc.                                                   as the

[ ] appellant(s)         [✔] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/Joseph G. Yannetti                    5/10/23
Signature                                Date

Joseph G. Yannetti
Name

Morrison Mahoney LLP                     (617) 3439-7585
Firm Name (if applicable)                Telephone Number

250 Summer Street                        (617) 342-4807
Address                                  Fax Number

Boston, MA 02210                         jyannetti@morrisonmahoney.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1205469

Has this case or any related case previously been on appeal?

[✔] No         [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).