**No. 22-1823**

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

ESTADOS UNIDOS MEXICANOS,

*Plaintiff - Appellant*,

v.

SMITH & WESSON BRANDS INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM RUGER & CO. INC.; WITMER PUBLIC SAFETY GROUP, INC., D/B/A INTERSTATE ARMS; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS S.P.A.; GLOCK GES.M.B.H.; COLT'S MANUFACTURING CO. LLC,

*Defendants - Appellees*.

On Appeal from the U.S. District Court
for the District of Massachusetts
No. 21-cv-11269
Hon. F. Dennis Saylor IV, Chief Judge

**STURM, RUGER & CO., INC.'S AMENDED
CORPORATE DISCLOSURE STATEMENT PURSUANT
TO LOCAL RULE 26.1**

Jonathan I. Handler
DAY PITNEY LLP
jihandler@daypitney.com
One Federal Street, 29th Floor
Boston, MA 02110
Telephone: (617) 345-4600

James Votgs
Andrew A. Lothson
SWANSON, MARTIN & BELL LLP
jvogts@smbtrials.com
alothson@smbtrials.com
330 N. Wabash Suite 3300
Chicago, IL 60611
Telephone: (312) 222-8517

*Counsel for Sturm, Ruger & Co., Inc.*

Pursuant to Local Rule 26.1, Defendant-Appellee Sturm, Ruger & Co., Inc. makes the following disclosures through its undersigned counsel:

Sturm, Ruger & Co., Inc. does not have a parent corporation. Sturm, Ruger & Co., Inc. further certifies that BlackRock, Inc., a publicly held corporation, owns more than 10% of Sturm, Ruger & Co., Inc.'s stock.

Respectfully submitted,

The Defendant-Appellee,
STURM, RUGER & CO., INC.,

By its attorneys,

*/s/Jonathan I. Handler*
Jonathan I. Handler (BBO #561475)
jihandler@daypitney.com
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
T: (617) 345-4600
F: (617) 345-4745

James Votgs
jvogts@smbtrials.com
Andrew A. Lothson
alothson@smbtrials.com
SWANSON, MARTIN & BELL LLP
330 N. Wabash Suite 3300
Chicago, IL 60611
T: (312) 222-8517

Dated: May 16, 2023

## **CERTIFICATE OF SERVICE**

      I, Jonathan I. Handler, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on May 16, 2023.

                                                    */s/Jonathan I. Handler*
                                                    Jonathan I. Handler