## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Defendants-Appellees submit the following statement:

Smith & Wesson Brands, Inc. hereby certifies that Smith & Wesson Brands, Inc. does not have a parent corporation and no other publicly held corporation currently owns more than 10% of its stock.  Smith & Wesson Inc. and Smith & Wesson Sales Company are wholly-owned subsidiaries of Smith & Wesson Brands, Inc.

Barrett Firearms Manufacturing, Inc., certifies that it is wholly owned by NIOA USA Firearms Inc. and no publicly held corporation currently owns more than 10% of its stock.

Beretta U.S.A. Corp. hereby certifies that Beretta U.S.A. Corp. is owned 98% by Beretta Holding S.A. and no other publicly held corporation currently owns more than 10% of its stock.

Glock, Inc. hereby certifies Glock Ges.m.b.H. and INC Holding GmbH as parent corporations and no publicly held corporations own 10% or more of its stock.

Sturm, Ruger & Co., Inc. hereby certifies that Sturm, Ruger & Co., Inc. does not have a parent corporation and no other publicly held corporation currently owns more than 10% of its stock.

Witmer Public Safety Group, Inc., d/b/a Interstate Arms hereby certifies that Witmer Public Safety Group, Inc., d/b/a Interstate Arms does not have a parent

corporation and no other publicly held corporation currently owns more than 10% of its stock.

Century International Arms, Inc. hereby certifies that Century International Arms, Inc. does not have a parent corporation and no other publicly held corporation currently owns more than 10% of its stock.

Colt's Manufacturing Company, LLC hereby certifies that Colt's Manufacturing Company, LLC does not have a direct parent corporation and no corporation publicly traded in the United States is a member of Colt or directly owns ten percent or more of Colt. Colt states that Colt CZ Group SE, which indirectly owns 100% of the members of Colt, is publicly traded in the Czech Republic.