# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823     **Short Title:** Mexico v. Smith & Wesson

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__Montana and 19 other States (see attached Addendum)__ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

__/s/ Peter M. Torstensen, Jr.__     __May 18, 2023__
Signature                              Date

__Peter M. Torstensen, Jr.__
Name

__MT Attorney General's Office__     __406-444-2026__
Firm Name (if applicable)             Telephone Number

__P.O. Box 201401__                   __406-444-3549__
Address                                Fax Number

__Helena, MT 59620-1401__             __peter.torstensen@mt.gov__
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: __1207268__

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# ADDENDUM

**Appearance for (continued):**

Alabama
Alaska
Arkansas
Florida
Georgia
Indiana
Iowa
Kentucky
Louisiana
Mississippi
Missouri
New Hampshire
South Carolina
South Dakota
Texas
Utah
Virginia
West Virginia
Wyoming