# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1823     Short Title: Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

See Attached _____ as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ H. Christopher Bartolomucci          05/18/2023
Signature                                Date

H. Christopher Bartolomucci
Name

Schaerr | Jaffe LLP                      (202) 787-1060
Firm Name (if applicable)                Telephone Number

1717 K Street NW, Suite 900              (202) 776-0136
Address                                  Fax Number

Washington, DC 20006                     cbartolomucci@schaerr-jaffe.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1146547

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Parties Represented:**

*Amici Curiae:*

U.S. Senator Ted Cruz

U.S. Representative Mike Johnson

U.S. Representative Rick W. Allen

U.S. Representative Kelly Armstrong

U.S. Representative Brian Babin

U.S. Representative Aaron Bean

U.S. Representative Stephanie Bice

U.S. Senator Marsha Blackburn

U.S. Representative Lauren Boebert

U.S. Representative Mike Bost

U.S. Representative Josh Brecheen

U.S. Senator Ted Budd

U.S. Representative Andrew S. Clyde

U.S. Representative Tom Cole

U.S. Representative Eli Crane

U.S. Representative Warren Davidson

U.S. Representative Jeff Duncan

U.S. Representative Ron Estes

U.S. Representative Mike Ezell

U.S. Representative Mike Garcia

U.S. Representative Bob Good

U.S. Representative Paul A. Gosar

U.S. Representative Michael Guest

U.S. Representative Clay Higgins

*(cont'd on next page)*

U.S. Representative Ronny L. Jackson

U.S. Representative Doug LaMalfa

U.S. Representative Doug Lamborn

U.S. Representative Anna Paulina Luna

U.S. Representative Gregory F. Murphy

U.S. Representative Ralph Norman

U.S. Representative Mike D. Rogers

U.S. Representative John Rose

U.S. Senator Rick Scott

U.S. Representative Keith Self

U.S. Representative Pete Sessions

U.S. Representative Elise M. Stefanik

U.S. Representative Claudia Tenney

U.S. Representative Tim Walberg

U.S. Representative Joe Wilson

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2023, the foregoing document was filed with the United States Court of Appeals for the First Circuit by using the CM/ECF system. Counsel of record for all parties are registered as ECF Filers and will therefore be served by the CM/ECF system.

                                          */s/ H. Christopher Bartolomucci*
                                          H. Christopher Bartolomucci