# United States Court of Appeals
## For the First Circuit

_____

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: May 19, 2023
Pursuant to 1st Cir. R. 27.0(d)

   On May 18, 2023, National Shooting Sports Foundation, Inc. filed a brief as amicus curiae. The brief is non-compliant because it does not contain the statement required by Fed. R. App. P. 29(a)(4)(E).  The statement must indicate whether: (i) A party's counsel authored the brief in whole or in part; (ii) a party or a party's counsel contributed money that was intended to fund preparing or submitting the brief; and (iii) a person -- other than the amicus curiae, its members or its counsel -- contributed money that was intended to fund preparing or submitting the brief and, if so, identifies each such person. In addition, the brief does not contain a disclosure statement. See Fed. R. App. P. 26.1 and 28(a)(1). A corrected amicus brief must be filed no later than **May 26, 2023**.

                                                            By the Court:

                                                            Maria R. Hamilton, Clerk

cc:
Steve D. Shadowen, Richard M. Brunell, Jonathan E. Lowy, Andrew E. Lelling, Noel J. Francisco, Anthony J. Dick, Harry Graver, James Michael Campbell, James W. Porter II, Richard Warren Kinney III, Mark D. Sheridan, Peter M. Durney, Patricia Anne Hartnett, Christopher Renzulli, Jeffrey Martin Malsch, Jonathan Isaac Handler, Andrew Arthur Lothson, James B. Vogts, Nora R. Adukonis, S. Jan Hueber, Anthony Michael Pisciotti, Danny C. Lallis, Ryan L. Erdreich, Joseph G. Yannetti, John G. O'Neill, Michael L. Rice, Katie J. Colopy, Thomas M. Sobol, Ellen Valentik Leonida, Matthew B. Borden, Max B. Bernstein, Kory James DeClark, David Duncan, Roberta L. Horton, Lucy S. McMillan, Elizabeth N. Dewar, William M. Tong, Lawson E. Fite, Roberto J. Gonzalez, Jacob Braly, Edward Vincent Colbert III, L. Scott Harshbarger, Donna M. Evans, Sameer Advani, Erwin Rosenberg, Christopher A. Kenney, Austin Knudsen, Peter Martin Torstensen Jr.