## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, National Shooting Sports Foundation, Inc., submits the following statement: National Shooting Sports Foundation, Inc. hereby certifies that National Shooting Sports Foundation, Inc. does not have a parent corporation and no other publicly held corporation currently owns more than 10% of its stock.