No. 22-1823

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

ESTADOS UNIDOS MEXICANOS,

*Plaintiff-Appellant*,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Massachusetts (Saylor, C.J.)
No. 1:21-CV-11269-FDS

## APPELLANT'S UNOPPOSED
## MOTION REGARDING BRIEFING SCHEDULE

Plaintiff-Appellant, Estados Unidos Mexicanos ("the Government") requests leave, under Federal Rule of Appellate Procedure 26(b), for 42 additional days to file its Reply Brief—an extension from June 1, 2023, to July 13, 2023. Defendants-Appellees do not object to this request.

1

1. On January 20, 2023, the parties filed a joint motion to modify the briefing schedule in this appeal.

2. On February 1, 2023, this Court allowed the motion in part, granting the joint request for an extension, but denying as premature the remainder of the motion without prejudice. The Court noted that the parties would be free to renew their extension request once the applicable deadlines began to run.

3. On March 17, 2023, Defendants-Appellees filed a motion requesting leave 28 additional days to file their responsive briefing. Plaintiff-Appellant assented to this request.

4. On March 20, 2023, the Court granted Defendants-Appellees' motion for a 28-day extension to file their responsive brief.

5. There is good cause for granting Plaintiff-Appellant's requested extension here. Plaintiff-Appellant's counsel, Steve D. Shadowen, is currently engaged as co-lead trial counsel in a five-week trial in *In re HIV Antitrust Litigation*, 3:19-cv-02573 (N.D. Cal). That trial is not scheduled to conclude until June 30, 2023. Almost the entirety of Mr. Shadowen's litigation team in this appeal is likewise engaged on-site in San Francisco for the ongoing trial.

6. Counsel has waited until now to file this motion, with the hope of avoiding a request for an extension of this length if the matter in trial settled. It has not done so.

## CONCLUSION

Plaintiff-Appellant respectfully requests that the Court extend the time for filing its Reply Brief to July 13, 2023.

Dated: May 26, 2023                                         Respectfully submitted,

/s/ *Richard Brunell*
SHADOWEN PLLC

Steve D. Shadowen
Richard M. Brunell
Nicholas W. Shadowen
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
Phone: 855-344-3298
sshadowen@shadowenpllc.com
rbrunell@shadowenpllc.com
nshadowen@shadowenpllc.com

/s/ *Jonathan E. Lowy*
Jonathan E. Lowy
GLOBAL ACTION ON GUN VIOLENCE
805 15th Street NW, #601
Washington, DC 20005
Phone: (202) 415-0691
jlowy@actiononguns.org

*Counsel for Estados Unidos Mexicanos*

3

**CERTIFICATE OF SERVICE**

I, Richard Brunell, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: May 26, 2023                              Respectfully submitted,

                                                 /s/ *Richard Brunell*
                                                 Richard Brunell