# United States Court of Appeals
## For the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

**ORDER OF COURT**

Entered: May 26, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Estados Unidos Mexicanos to file a reply brief be enlarged to and including **July 13, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Nora R. Adukonis, Sameer Advani, H. Christopher Bartolomucci, Max B. Bernstein, Matthew B. Borden, Jacob Braly, Richard M. Brunell, James Michael Campbell, Edward Vincent Colbert III, Katie J. Colopy, Kory James DeClark, Elizabeth N. Dewar, Anthony J. Dick, David Duncan, Peter M. Durney, Ryan L. Erdreich, Donna M. Evans, Lawson E. Fite, Noel J. Francisco, Roberto J. Gonzalez, Harry Graver, Jonathan Isaac Handler, L. Scott Harshbarger ,Patricia Anne Hartnett, Roberta L. Horton, S. Jan Hueber, Christopher A. Kenney, Richard Warren Kinney III, Danny C. Lallis, Andrew E. Lelling, Ellen Valentik Leonida, Andrew Arthur Lothson, Jonathan E. Lowy, Jeffrey Martin Malsch, Lucy S. McMillan, John G. O'Neill, Anthony Michael Pisciotti, James W. Porter II, Christopher Renzulli, Michael L. Rice, Erwin Rosenberg, Steve D. Shadowen, Mark D. Sheridan, Thomas M. Sobol, William M. Tong, Peter Martin Torstensen Jr., James B. Vogts, Joseph G. Yannetti