No. 22-1823

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

―――――――――――――――

ESTADOS UNIDOS MEXICANOS,

*Plaintiff-Appellant*,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,

*Defendants-Appellees*.

―――――――――――――――

On Appeal from the United States District Court
for the District of Massachusetts (Saylor, C.J.)
No. 1:21-CV-11269-FDS

―――――――――――――――

**APPELLANT'S RESPONSE TO DEFENDANTS'
CITATION OF SUPPLEMENTAL AUTHORITY**

―――――――――――――――

The Government briefly responds to Defendants' Citation of Supplemental Authority regarding the Supreme Court's recent decision in *Twitter, Inc. v. Taamneh*, 143 S. Ct. 1206 (2023).

Defendants argue that *Taamneh* precludes liability here because, they contend, the Government's claim is merely that Defendants "allegedly know that some remote actors obtain firearms through independent wholesalers and retailers

1

and then smuggle them abroad where they are put to criminal use by drug cartels." Defendants' Citation of Supplemental Authority 1-2, filed 5/22/23. That's not what the Government claims.

The Complaint alleges that Defendants deliberately *choose to make and sell guns in unsafe ways that they know supply criminals*. *See* Brief of Appellant Estados Unidos Mexicanos 5-7, 40-45, filed 3/16/23. That is a far cry from providing an open forum in which anyone can Tweet.

*Taamneh* is most relevant for its approving citation of *Direct Sales Co. v. United States*, 319 U.S. 703 (1943). The Court recognized:

> the possibility that some set of allegations involving aid to a known terrorist group would justify holding a secondary defendant liable for all of the group's actions or perhaps some definable subset of terrorist acts. There may be, for example, situations where the provider of routine services does so in an unusual way or provides such dangerous wares that selling those goods to a terrorist group could constitute aiding and abetting a foreseeable terror attack. Cf. *Direct Sales Co. v. United States*, 319 U. S. 703, 707, 711–712, 714–715 (1943) (registered morphine distributor could be liable as a co-conspirator of an illicit operation to which it mailed morphine far in excess of normal amounts). . . .
>
> In those cases, the defendants would arguably have offered aid that is more direct, active, and substantial than what we review here; in such cases, plaintiffs might be able to establish liability with a lesser showing of scienter.

143 S. Ct. at 1228.

Under *Direct Sales* gun companies may be liable for sales practices that might not support liability for less dangerous wares, so *Taamneh* markedly supports the Government's case.

Dated: June 7, 2023                               Respectfully submitted,

/s/ *Richard Brunell*
SHADOWEN PLLC

Steve D. Shadowen
Richard M. Brunell
Nicholas W. Shadowen
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
Phone: 855-344-3298
sshadowen@shadowenpllc.com
rbrunell@shadowenpllc.com
nshadowen@shadowenpllc.com

/s/ *Jonathan E. Lowy*
Jonathan E. Lowy
GLOBAL ACTION ON GUN VIOLENCE
805 15th Street NW, #601
Washington, DC 20005
Phone: (202) 415-0691
jlowy@actiononguns.org

*Counsel for Estados Unidos Mexicanos*

## CERTIFICATE OF COMPLIANCE

I certify that this letter is written in Times New Roman 14-point font, and the body of this letter contains 343 words as determined by the word-count feature of Microsoft Word. I further certify that: (1) any required privacy redactions have been made; (2) the electronic submission of this document is an exact copy of any corresponding paper document; and (3) the document has been scanned for viruses and is free from viruses.

Dated: June 7, 2023    /s/ *Richard Brunell*
Richard Brunell
Counsel for Plaintiff-Appellant
Estados Unidos Mexicanos

# CERTIFICATE OF SERVICE

I, Richard Brunell, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: June 7, 2023               Respectfully submitted,

                                  /s/ *Richard Brunell*
                                  Richard Brunell