# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No.   22-1823            Short Title:   Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc., et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ Estados Unidos Mexicanos _____ as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Steve D. Shadowen                               June 13, 2023
Signature                                           Date

Steve D. Shadowen
Name

Shadowen PLLC                                       (855) 344-3298
Firm Name (if applicable)                           Telephone Number

1135 W. 6th St, Suite 125
Address                                             Fax Number

Austin, Texas 78703                                 steve@hilliardshadowenlaw.com
City, State, Zip Code                               Email (required)

Court of Appeals Bar Number: 103733

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

[Print]     [Reset]

## CERTIFICATE OF SERVICE

  I, Steve D. Shadowen, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. All parties are registered with the Court's electronic filing system.

Dated: June 13, 2023            Respectfully submitted,

                     /s/ *Steve D. Shadowen*
                     Steve D. Shadowen