No. 22-1823

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

ESTADOS UNIDOS MEXICANOS,

*Plaintiff-Appellant*,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,

*Defendants-Appellees.*
_____

On Appeal from the United States District Court
for the District of Massachusetts (Saylor, C.J.)
No. 1:21-CV-11269-FDS
_____

**APPELLANT'S MOTION FOR LEAVE TO ENTER
APPEARANCE OF JONATHAN E. LOWY**
_____

Pursuant to Loc. R. 12.0(a), Plaintiff-Appellant Estados Unidos Mexicanos ("the Government") respectfully requests leave to enter the appearance of Jonathan E. Lowy in this matter. Mr. Lowy is expected to be one of the counsel who will argue this matter on behalf of the Government. He is a member in good standing of the bar of this Court and has never been subject to disciplinary proceedings in any jurisdiction or by any court.

1

Dated: June 14, 2023 　　　　　　　　　　Respectfully submitted,

/s/ *Jonathan E. Lowy*
Jonathan E. Lowy
GLOBAL ACTION ON GUN VIOLENCE
805 15th Street NW, #601
Washington, DC 20005
Phone: (202) 415-0691
jlowy@actiononguns.org

Steve D. Shadowen
Richard M. Brunell
Nicholas W. Shadowen
SHADOWEN PLLC
1135 W. 6th Street, Suite 125
Austin, TX 78703
Phone: 855-344-3298
sshadowen@shadowenpllc.com
rbrunell@shadowenpllc.com
nshadowen@shadowenpllc.com

*Counsel for Estados Unidos Mexicanos*

## CERTIFICATE OF SERVICE

      I, Jonathan E. Lowy, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: June XX, 2023                                    Respectfully submitted,

                                                             /s/ *Jonathan E. Lowy*
                                                             Jonathan E. Lowy