# United States Court of Appeals
## For the First Circuit

_____

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.;
BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER
PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL
ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S
MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: June 15, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Jonathan E. Lowy's motion for leave to enter an appearance
on behalf of Appellant Estados Unidos Mexicanos is granted. Attorney Lowy's notice of
appearance form is due by **June 21, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Steve D. Shadowen, Richard M. Brunell, Jonathan E. Lowy, Andrew E. Lelling, Noel J. Francisco,
Anthony J. Dick, Harry Graver, James Michael Campbell, James W. Porter II, Richard Warren
Kinney III, Mark D. Sheridan, Peter M. Durney, Patricia Anne Hartnett, Christopher Renzulli,
Jeffrey Martin Malsch, Jonathan Isaac Handler, Andrew Arthur Lothson, James B. Vogts, Nora R.
Adukonis, S. Jan Hueber, Anthony Michael Pisciotti, Danny C. Lallis, Ryan L. Erdreich, Joseph
G. Yannetti, John G. O'Neill, Michael L. Rice, Katie J. Colopy, Thomas M. Sobol, Ellen Valentik
Leonida, Matthew B. Borden, Max B. Bernstein, Kory James DeClark, David Duncan, Roberta L.

Horton, Lucy S. McMillan, Elizabeth N. Dewar, William M. Tong, Lawson E. Fite, Roberto J. Gonzalez, Jacob Braly, Edward Vincent Colbert III, L. Scott Harshbarger, Donna M. Evans, Sameer Advani, Erwin Rosenberg, Christopher A. Kenney, Peter Martin Torstensen Jr., H. Christopher Bartolomucci