# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1823                    Short Title: Estados Unidos Mexicanos v.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Estados Unidos Mexicanos                                                         as the

[✓] appellant(s)           [ ] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)            [ ] intervenor(s)

Jonathan Lowy/e-sign                    6/15/23
Signature                                Date

Jonathan Lowy
Name

Global Action on Gun Violence           202-415-0691
Firm Name (if applicable)                Telephone Number

805 15th Street NW, #602
Address                                  Fax Number

Washington, DC 20005                     jlowy@actiononguns.org
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1205447

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).