OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

22-1823
Calendaring N
6/9

US POSTAGE — PITNEY BOWES
ZIP 02210 $ 000.60⁰
02 4W
0000354155 JUN 09 2023

2023 JUN 26 PM 2:13

USMS SCREENED

Erwin Rosenberg
1000 W Island Blvd
#1011
Aventura, FL 33160

NIXIE       331   FE 1        0006/22/23
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD

BC: 02210300425      *1121-02823-10-00