# United States Court of Appeals
## for the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,
*Plaintiff-Appellant*,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,
*Defendants-Appellees*.

ON APPEAL FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**MOTION OF AMICI CURIAE MASSACHUSETTS ET AL. FOR LEAVE TO ENTER LATE APPEARANCE OF DAVID C. KRAVITZ**

Pursuant to Loc. R. 12.0(a), (b) Amici Curiae Massachusetts, California, Connecticut, Delaware, the District of Columbia, Hawai'i, Illinois, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Oregon, Pennsylvania, Rhode Island, and Vermont ("Amici States supporting the Appellant") respectfully request leave to enter the appearance of Deputy State Solicitor David C. Kravitz in this matter.

Current counsel of record, State Solicitor Elizabeth N. Dewar, is leaving the

Massachusetts Attorney General's Office and respectfully requests this court to withdraw her appearance.

Deputy State Solicitor Kravitz will take over representation as counsel of record for all Amici States supporting the Appellant. He is a member in good standing of the bar of this Court and has never been subject to disciplinary proceedings in any jurisdiction or by any court.

Dated: January 10, 2024    Respectfully submitted,

/s/ David C. Kravitz
David C. Kravitz, 1st Cir. No. 41870
*Deputy State Solicitor*
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108-1698
(617) 963-2427
david.kravitz@mass.gov

Elizabeth N. Dewar, 1st Cir. No. 1149723
*State Solicitor*
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 963-2204
bessie.dewar@mass.gov

## CERTIFICATE OF SERVICE

I, David C. Kravitz, hereby certify that this document was filed with the Clerk of the Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing systems may access this filing through the Court's CM/ECF system, and notice of this filing will be sent to these parties by operation of the Court's electronic filings system.

Dated: January 10, 2024          Respectfully submitted,

                                                          /s/ *David C. Kravitz*
                                                          David C. Kravitz

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** EUM v. Smith & Wesson Brar

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
<u>Massachusetts et al. [please see attached sheet.]</u> _____ as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

<u>/s/ David C. Kravitz</u>
Signature

<u>1/10/24</u>
Date

<u>David C. Kravitz</u>
Name

<u>Massachusetts Attorney General's Office</u>
Firm Name (if applicable)

<u>617-963-2427</u>
Telephone Number

<u>One Ashburton Place, 20th Floor</u>
Address

_____
Fax Number

<u>Boston, MA 02108</u>
City, State, Zip Code

<u>david.kravitz@mass.gov</u>
Email (required)

Court of Appeals Bar Number: <u>41870</u>

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Appearance Form for David C. Kravitz in No. 22-1823, Continued

<u>All parties represented as Counsel of Record</u>:

Massachusetts, California, Connecticut, Delaware, the District of Columbia, Hawai'i, Illinois, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Oregon, Pennsylvania, Rhode Island, and Vermont.