# United States Court of Appeals
## For the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

**ORDER OF COURT**

Entered: January 16, 2024

Upon consideration, Attorney David C. Kravitz 's motion for leave to enter an appearance on behalf of amici curiae California, Connecticut, Delaware, the District of Columbia, Hawaii, Illinois, Maryland, Massachusetts, Michigan, Minnesota, New Jersey, New Mexico, New York, Oregon, Pennsylvania, Rhode Island, and Vermont is granted. Attorney Kravitz's notice of appearance is accepted for filing as of this date.

By the Court:

Maria R. Hamilton, Clerk

cc:
Steve D. Shadowen, Richard M. Brunell, Jonathan E. Lowy, Andrew E. Lelling, Noel J. Francisco, Anthony J. Dick, Harry Graver, James Michael Campbell, James W. Porter II, Richard Warren Kinney III, Mark D. Sheridan, Peter M. Durney, Patricia Anne Hartnett, Christopher Renzulli, Jeffrey Martin Malsch, Jonathan Isaac Handler, Andrew Arthur Lothson, James B. Vogts, Nora R. Adukonis, S. Jan Hueber, Anthony Michael Pisciotti, Danny C. Lallis, Ryan L. Erdreich, Joseph G. Yannetti, John G. O'Neill, Michael L. Rice, Katie J. Colopy, Thomas M. Sobol, Ellen Valentik Leonida, Matthew B. Borden, Max B. Bernstein, Kory James DeClark, David Duncan, Roberta L. Horton, Lucy S. McMillan, David C. Kravitz, Elizabeth N. Dewar, William M. Tong, Lawson E. Fite, Roberto J. Gonzalez, Jacob Braly, Edward Vincent Colbert III, L. Scott Harshbarger, Donna M. Evans, Sameer Advani, Erwin Rosenberg, Christopher A. Kenney, Peter Martin Torstensen Jr., H. Christopher Bartolomucci