# United States Court of Appeals
## For the First Circuit

_____

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff, Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: January 22, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment holding that the Protection of Lawful Commerce in Arms Act bars Estados Unidos Mexicanos 's tort claims is reversed, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. F. Dennis Saylor, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Steve D. Shadowen, Richard M. Brunell, Jonathan E. Lowy, Andrew E. Lelling, Noel J. Francisco, Anthony J. Dick, Harry Graver, James Michael Campbell, James W. Porter II, Richard Warren Kinney III, Mark D. Sheridan, Peter M. Durney, Patricia Anne Hartnett, Christopher Renzulli, Jeffrey Martin Malsch, Jonathan Isaac Handler, Andrew Arthur Lothson, James B. Vogts, Nora R. Adukonis, S. Jan Hueber, Anthony Michael Pisciotti, Danny C. Lallis,

Ryan L. Erdreich, Joseph G. Yannetti, John G. O'Neill, Michael L. Rice, Katie J. Colopy, Thomas M. Sobol, Ellen Valentik Leonida, Matthew B. Borden, Max B. Bernstein, Kory James DeClark, David Duncan, Roberta L. Horton, Lucy S. McMillan, David C. Kravitz, William M. Tong, Lawson E. Fite, Roberto J. Gonzalez, Jacob Braly, Edward Vincent Colbert III, L. Scott Harshbarger, Donna M. Evans, Sameer Advani, Erwin Rosenberg, Christopher A. Kenney, Peter Martin Torstensen Jr., H. Christopher Bartolomucci