# United States Court of Appeals
## For the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

**MANDATE**

Entered: February 14, 2024

In accordance with the judgment of January 22, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Nora R. Adukonis, Sameer Advani, H. Christopher Bartolomucci, Max B. Bernstein, Matthew B. Borden, Jacob Braly, Richard M. Brunell, James Michael Campbell, Edward Vincent Colbert III, Katie J. Colopy, Kory James DeClark, Anthony J. Dick, David Duncan, Peter M. Durney, Ryan L. Erdreich, Donna M. Evans, Lawson E. Fite, Noel J. Francisco, Roberto J. Gonzalez, Harry Graver, Jonathan Isaac Handler, L. Scott Harshbarger, Patricia Anne Hartnett, Roberta L. Horton, S. Jan Hueber, Christopher A. Kenney, Richard Warren Kinney III, David C. Kravitz, Danny C. Lallis, Andrew E. Lelling, Ellen Valentik Leonida, Andrew Arthur Lothson, Jonathan E. Lowy, Jeffrey Martin Malsch, Lucy S. McMillan, John G. O'Neill, Anthony Michael Pisciotti, James W. Porter II, Christopher Renzulli, Michael L. Rice, Erwin Rosenberg, Steve D. Shadowen, Mark D. Sheridan, Thomas M. Sobol, William M. Tong, Peter Martin Torstensen Jr., James B. Vogts, Joseph G. Yannetti