UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

———————

No. 22-1823

———————

ESTADOS UNIDOS MEXICANOS,

*Plaintiff-Appellant*,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; BERETTA HOLDING S.P.A.; CENTURY INTERNATIONAL ARMS, INC.; COLT'S MANUFACTURING COMPANY LLC; GLOCK, INC.; GLOCK GES.M.B.H.; STURM, RUGER & CO., INC.; WITMER PUBLIC SAFETY GROUP, INC. D/B/A INTERSTATE ARMS,

*Defendants-Appellees*.

———————

On Appeal from the U.S. District Court
for the District of Massachusetts

———————

**DEFENDANTS-APPELLEES' UNOPPOSED JOINT MOTION
REGARDING BRIEFING SCHEDULE**

———————

Defendants-Appellees request leave, under Federal Rule of Appellate Procedure 26(b), for 28 additional days to file their responsive briefing—an extension from April 13, 2023, to May 11, 2023. Plaintiff-Appellant assents to this request.

1. On January 20, 2023, the parties filed a joint motion to modify the briefing schedule in this appeal. In so doing, the parties explained that there was good cause for an extended briefing schedule, given both the complexity of the case and the number of parties involved.

2. On February 1, 2023, this Court allowed the motion in part, granting Plaintiff-Appellant's request for an extension, but denying as premature the remainder of the motion without prejudice. The Court noted that Defendants-Appellees would be free to renew their extension request once the applicable deadlines began to run.

3. For the reasons provided in the parties' January 20 joint motion, there is good cause for granting Defendants-Appellees' requested extension here. In particular, this case presents a number of complex issues regarding the scope and applicability of the Protection of Lawful Commerce in Arms Act. What's more, Defendants-Appellees will need added time to coordinate their briefing and strategy. As noted in the January 20 joint motion, Defendants-Appellees will endeavor to file a single responsive brief.

## CONCLUSION

Defendants-Appellees request that the Court extend the time for filing their responsive briefing to May 11, 2023.

Dated:  March 17, 2023

/s/ Peter M. Durney
Peter M. Durney
pdurney@cornellgollub.com
Patricia A. Hartnett
phartnett@cornellgollub.com
CORNELL & GOLLUB
88 Broad Street, Sixth Floor
Boston, MA 02110
T: (617) 482-8100

John F. Renzulli jrenzulli@renzullilaw.com
Christopher Renzulli
crenzulli@renzullilaw.com
Jeffrey Malsch jmalsch@renzullilaw.com
RENZULLI LAW FIRM LLC
One North Broadway, Suite 1005 White Plains, NY 10601
T: (914) 285-0700

*Counsel for Glock, Inc.*

/s/ James M. Campbell
James M. Campbell
jmcampbell@campbell-trial-lawyers.com
CAMPBELL CONROY & O'NEIL, P.C.
1 Constitution Wharf, Suite 310
Boston, MA 02129
T: (617) 241-3000

James W. Porter
jwporterii@pphlaw.net
Warren Kinney
wkinney@pphlaw.net
PORTER PORTER & HASSINGER, P.C.
880 Montclair Road, Suite 175
Birmingham, Alabama 35213
T: (205) 322-1744

*Counsel for Barrett Firearms Manufacturing, Inc.*

Respectfully submitted,

/s/ Andrew E. Lelling
Andrew E. Lelling
alelling@jonesday.com
JONES DAY
100 High Street
Boston, MA 02110-1781
T: (617) 449-6856

Noel J. Francisco
njfrancisco@jonesday.com
Anthony J. Dick
ajdick@jonesday.com
Harry S. Graver
hgraver@jonesday.com
JONES DAY
51 Louisiana Ave NW
Washington DC 20001-2113
T: (202) 879-7679

*Counsel for Smith & Wesson Brands, Inc.*

/s/ John G. O'Neill
John G. O'Neill
oneill@sugarmanrogers.com
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, Suite #900
Boston, MA 02114
T: (617) 227-3030

Michael L. Rice
mikerice@hlawllc.com
HARRISON LAW LLC
141 West Jackson Boulevard Suite 2055
Chicago, IL 60604
T: (312) 638-8776

*Counsel for Colt's Manufacturing Company LLC*

/s/ John K. McDonald
John K. McDonald
JMcDonald@cozen.com
Michael de Leeuw
MdeLeeuw@cozen.com
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 280
Philadelphia, PA 19103
T: (215) 864-8046

*Counsel for Beretta U.S.A. Corp.*

/s/ Joseph G. Yannetti
Joseph G. Yannetti
jyannetti@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street, Boston, MA 02210
T: (617) 439-7585

Anthony Pisciotti
apisciotti@pisciotti.com
Danny Lallis
dlallis@pisciotti.com
Ryan Erdreich
rerdreich@pisciotti.com
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
T: (973) 245-8100

*Counsel for Century International Arms, Inc.*

/s/ Jonathan I. Handler
Jonathan I. Handler
jihandler@daypitney.com
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston MA 02110
T: (617) 345 4734

James Vogts
jvogts@smbtrials.com
SWANSON, MARTIN & BELL LLP
330 N. Wabash Suite 3300
Chicago, IL 60611
T: (312) 222-8517

*Counsel for Sturm, Ruger & Co., Inc.*

/s/ Nora R. Adukonis
Nora R. Adukonis
LITCHFIELD CAVO LLP
6 Kimball Ln, Ste 200
Lynnfield, MA 01940-0000
T: 781-309-1521

*Counsel for Witmer Public Safety Group, Inc.*

4

## CERTIFICATE OF SERVICE

I certify that on March 17, 2023, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system. Counsel for the United States are registered CM/ECF users and will be served by the CM/ECF system.

Dated: March 17, 2023

/s/ Andrew E. Lelling
Andrew E. Lelling

*Counsel for Smith & Wesson Brands, Inc.*