# United States Court of Appeals
## For the First Circuit

No. 22-1823

ESTADOS UNIDOS MEXICANOS,

Plaintiff - Appellant,

v.

SMITH & WESSON BRANDS, INC.; BARRETT FIREARMS MANUFACTURING, INC.; BERETTA U.S.A. CORP.; GLOCK, INC.; STURM, RUGER & COMPANY, INC.; WITMER PUBLIC SAFETY GROUP, INC., d/b/a Interstate Arms; CENTURY INTERNATIONAL ARMS, INC.; BARETTA HOLDINGS SPA; GLOCK GES.M.B.H.; COLT'S MANUFACTURING COMPANY, LLC,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 20, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Baretta Holdings SPA, Barrett Firearms Manufacturing, Inc., Beretta U.S.A. Corp., Century International Arms, Inc., Colt's Manufacturing Co. LLC, Glock Ges.m.b.H., Glock, Inc., Smith & Wesson Brands Inc., Sturm Ruger & Co. Inc. and Witmer Public Safety Group, Inc. to file a brief be enlarged to and including **May 11, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Nora R. Adukonis, Max B. Bernstein, Matthew B. Borden, Richard M. Brunell, James Michael Campbell, Edward Vincent Colbert III, Katie J. Colopy, Elizabeth N. Dewar, Anthony J. Dick, David Duncan, Peter M. Durney, Ryan L. Erdreich, Noel J. Francisco, Harry Graver, Jonathan Isaac Handler, L. Scott Harshbarger, Patricia Anne Hartnett, Roberta L. Horton, Richard Warren Kinney III, Danny C. Lallis, Andrew E. Lelling, Ellen Valentik Leonida, Andrew Arthur Lothson, Jonathan E. Lowy, Jeffrey Martin Malsch, Lucy S. McMillan, Christine M. Netski, John G. O'Neill, Anthony Michael Pisciotti, James W. Porter II, Christopher Renzulli, Michael L. Rice, Steve D. Shadowen, Thomas M. Sobol, William M. Tong, Wendy Kennedy Venoit, James B. Vogts, Joseph G. Yannetti