# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1823     Short Title: Estados Unidos Mexicanos v. Smith & Wesson Brands Inc., et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
District Attorneys (names of all parties listed on Attachment A)     as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Matthew Borden
Signature

March 20, 2023
Date

Matthew Borden
Name

BraunHagey & Borden LLP
Firm Name (if applicable)

415-599-0210
Telephone Number

351 California Street, 10th Floor
Address

415-276-1808
Fax Number

San Francisco, CA 94104
City, State, Zip Code

borden@braunhagey.com
Email (required)

Court of Appeals Bar Number: 1205846

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

## ATTACHMENT A: LIST OF *AMICI*

**Diana Becton**
District Attorney, Contra Costa County, California

**John Choi**
County Attorney, Ramsey County (St. Paul), Minnesota

**Laura Conover**
County Attorney, Pima County (Tucson), Arizona

**Steve Descano**
Commonwealth's Attorney, Fairfax County, Virginia

**Matt Ellis**
District Attorney, Wasco County, Oregon

**Ramin Fatehi**
Commonwealth's Attorney, City of Norfolk, Virginia

**Kimberly M. Foxx**
State's Attorney, Cook County (Chicago), Illinois

**José Garza**
District Attorney, Travis County (Austin), Texas

**George Gascón**
District Attorney, Los Angeles County, California

**Sarah F. George**
State's Attorney, Chittenden County (Burlington), Vermont

**Joe Gonzales**
District Attorney, Bexar County (San Antonio), Texas

**Deborah Gonzalez**
District Attorney, Western Judicial Circuit (Athens), Georgia

**Mark Gonzalez**
District Attorney, Nueces County (Corpus Christi), Texas

**Melinda Katz**
District Attorney, Queens County, New York

**Lawrence S. Krasner**
District Attorney, Philadelphia, Pennsylvania

**Rebecca Like**
Prosecuting Attorney, County of Kaua'i, Hawaii

**Beth McCann**
District Attorney, 2nd Judicial District (Denver), Colorado

**Joseph Platania**
Commonwealth's Attorney, City of Charlottesville, Virginia

**Marian Ryan**
District Attorney, Middlesex County, Massachusetts

**Eli Savit**
Prosecuting Attorney, Washtenaw County (Ann Arbor), Michigan

**Mike Schmidt**
District Attorney, Multnomah County (Portland), Oregon

**David Sullivan**
District Attorney, Northwestern District, Massachusetts

**Matthew Van Houten**
District Attorney, Tompkins County, New York

**Todd Williams**
District Attorney, Buncombe County (Asheville), North Carolina