# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1823     Short Title: Estados Unidos Mexicanos v. Smith & Wesson Brands Inc., et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>District Attorneys (names of all parties listed on Attachment A)</u>     as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Kory J. DeClark</u>
Signature

<u>March 20, 2023</u>
Date

<u>Kory J. DeClark</u>
Name

<u>BraunHagey & Borden LLP</u>
Firm Name (if applicable)

<u>415-599-0210</u>
Telephone Number

<u>351 California Street, 10th Floor</u>
Address

<u>415-276-1808</u>
Fax Number

<u>San Francisco, CA 94104</u>
City, State, Zip Code

<u>declark@braunhagey.com</u>
Email (required)

Court of Appeals Bar Number: <u>1206273</u>

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes     Court of Appeals No. _____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

## ATTACHMENT A: LIST OF *AMICI*

**Diana Becton**
District Attorney, Contra Costa County, California

**John Choi**
County Attorney, Ramsey County (St. Paul), Minnesota

**Laura Conover**
County Attorney, Pima County (Tucson), Arizona

**Steve Descano**
Commonwealth's Attorney, Fairfax County, Virginia

**Matt Ellis**
District Attorney, Wasco County, Oregon

**Ramin Fatehi**
Commonwealth's Attorney, City of Norfolk, Virginia

**Kimberly M. Foxx**
State's Attorney, Cook County (Chicago), Illinois

**José Garza**
District Attorney, Travis County (Austin), Texas

**George Gascón**
District Attorney, Los Angeles County, California

**Sarah F. George**
State's Attorney, Chittenden County (Burlington), Vermont

**Joe Gonzales**
District Attorney, Bexar County (San Antonio), Texas

**Deborah Gonzalez**
District Attorney, Western Judicial Circuit (Athens), Georgia

**Mark Gonzalez**
District Attorney, Nueces County (Corpus Christi), Texas

**Melinda Katz**
District Attorney, Queens County, New York

**Lawrence S. Krasner**
District Attorney, Philadelphia, Pennsylvania

**Rebecca Like**
Prosecuting Attorney, County of Kaua'i, Hawaii

**Beth McCann**
District Attorney, 2nd Judicial District (Denver), Colorado

**Joseph Platania**
Commonwealth's Attorney, City of Charlottesville, Virginia

**Marian Ryan**
District Attorney, Middlesex County, Massachusetts

**Eli Savit**
Prosecuting Attorney, Washtenaw County (Ann Arbor), Michigan

**Mike Schmidt**
District Attorney, Multnomah County (Portland), Oregon

**David Sullivan**
District Attorney, Northwestern District, Massachusetts

**Matthew Van Houten**
District Attorney, Tompkins County, New York

**Todd Williams**
District Attorney, Buncombe County (Asheville), North Carolina