# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 22-1823          **Short Title:** Estados Unidos Mexicanos v.

Smith & Wesson Brands Inc., et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Law Enforcement Officers (see Attachment A)                                    as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


/s/ Donna M. Evans                                March 21, 2023
Signature                                              Date

Donna M. Evans
Name

Cohen Milstein Sellers & Toll PLLC          929-445-6845
Firm Name (if applicable)                          Telephone Number

769 Centre Street, Suite 207                  202-408-4699
Address                                                Fax Number

Boston, MA 02130                              devans@cohenmilstein.com
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1161579


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

========================================================================

        **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

        **Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

**Attachment A:**

Gil Kerlikowske
Jim Bueermann
Adrian Diaz
Kim Dine
Clark Kimmerer
Dan Oates
Darrel Stephens