# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1823        **Short Title:** *Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc. et al.*

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Massachusetts et al. [Please see attached sheet.]</u> as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

<u>/s/ Elizabeth N. Dewar</u>        <u>03/21/23</u>
Signature                          Date

<u>Elizabeth N. Dewar</u>
Name

<u>Massachusetts Attorney General's Office</u>        <u>(617) 963-2204</u>
Firm Name (if applicable)                            Telephone Number

<u>One Ashburton Place, 18th Floor</u>
Address                                              Fax Number

<u>Boston, MA 02108</u>        <u>bessie.dewar@mass.gov</u>
City, State, Zip Code           Email (required)

Court of Appeals Bar Number: <u>1149723</u>

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes    Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

<u>Elizabeth N. Dewar – complete list of represented parties in No. 22-1823</u>

Massachusetts, California, Connecticut, Delaware, the District of Columbia, Hawaiʻi, Illinois, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, Oregon, Pennsylvania, Rhode Island, and Vermont.